**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Colorado**
                    (State)

Case number (*if known*): _____   Chapter **7**

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | Savage Resources, LLC |
|---|---|---|

2. **All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

2 0 – 1 8 8 5 0 7 8

4. **Debtor's address**

**Principal place of business**

14610 West Cornell Place
Number     Street

Lakewood            CO        80228
City                State     ZIP Code

JEFFERSON
County

**Mailing address, if different from principal place of business**

Number     Street

P.O. Box

City            State       ZIP Code

**Location of principal assets, if different from principal place of business**

Number     Street

Rullison          CO      81635
City              State   ZIP Code

5. **Debtor's website** (URL)   savageresources.com

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

| Debtor | Savage Resources, LLC | Case number (*if known*)_____ |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **7. Describe debtor's business** | **A.** *Check one:* | |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

2   1   1   1

| | | |
|---|---|---|
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* | |

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| | | |
|---|---|---|
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** If more than 2 cases, attach a separate list. | ☒ No | |
| | ☐ Yes. District _____ When ___/___/___ Case number _____ | |
| | MM / DD / YYYY | |
| | District _____ When ___/___/___ Case number _____ | |
| | MM / DD / YYYY | |

| | | |
|---|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** List all cases. If more than 1, attach a separate list. | ☒ No | |
| | ☐ Yes. Debtor _____ Relationship _____ | |
| | District _____ When ___/___/___ | |
| | MM / DD / YYYY | |
| | Case number, if known _____ | |

| Debtor | Savage Resources, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number     Street

_____

    City             State   ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

    Contact name   _____

    Phone         _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☒ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Savage Resources, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☒ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/01/2016
             MM  / DD / YYYY

**✗** s/Marshall Savage                                    Marshall Savage
Signature of authorized representative of debtor            Printed name

Title President and Managing Member

**18. Signature of attorney**

**✗** s/                                    Date  09/01/2016
Signature of attorney for debtor                 MM   / DD / YYYY

Peter A. Cal
Printed name
Sherman & Howard L.L.C.
Firm name
633 17th Street, Suite 3000
Number        Street
Denver                                    CO        80202
City                                      State     ZIP Code

(303) 297-2900                            pcal@shermanhoward.com
Contact phone                             Email address

27779                                     CO
Bar number                                State

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO

In re:                                )
                                      )        Case No. _____
SAVAGE RESOURCES, LLC,                 )
                                      )
              Debtor.                  )        Chapter 7

---

## NOTES REGARDING DEBTOR'S SCHEDULES
### AND STATEMENT OF FINANCIAL AFFAIRS

---

The Schedule of Assets and Liabilities and the Statement of Financial Affairs ("SOFA") were prepared pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007 by management of Savage Resources, LLC and are unaudited. The Debtor's management has made reasonable efforts to complete the Schedules and SOFA based on the information available. The Debtor is uncertain as to the fair market value of certain of its assets.

Pursuant to various oil and gas leases and related agreements, the Debtor holds funds that belong to third parties and pays such funds to third parties in the ordinary course of business. Such funds are held in trust and are not property of the Debtor. The Debtor has included such parties on Schedule F out of an abundance of caution. Because such funds are not property of the bankruptcy estate and any payments were made in the ordinary course of business, the Debtor has not included transfers of those royalties in responding to SOFA Questions 3, 4, and 13. Certain lessors of oil and gas leases, as well as other contracting parties, may have recorded the agreements or a memorandum of lease. Such parties may claim that they are secured creditors.

The Debtor has listed oil and gas leases in its Schedule G. Under Colorado law, such leases may be interests in real property and not leases or executory contracts. Certain of the contracts listed in Schedule G may have expired or may have been modified or amended.

**Fill in this information to identify the case:**

Debtor name    Savage Resources, LLC

United States Bankruptcy Court for the:    Colorado

Case number (If known):

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- | --- | --- | --- |
   | From the beginning of the fiscal year to filing date: | From 01/01/2016<br>MM / DD / YYYY | to | Filing date | ☒ Operating a business<br>☐ Other | $ 424,477.95 |
   | For prior year: | From 01/01/2015<br>MM / DD / YYYY | to | 12/31/2015<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other | $ 1,228,303.00<br>(based on Form 1065) |
   | For the year before that: | From 01/01/2014<br>MM / DD / YYYY | to | 12/31/2014<br>MM / DD / YYYY | ☒ Operating a business<br>☐ Other | $ 3,229,835.00<br>(based on Form 1065) |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None

   | | | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- | --- | --- | --- |
   | From the beginning of the fiscal year to filing date: | From _____<br>MM / DD / YYYY | to | Filing date | _____ | $ _____ |
   | For prior year: | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $ _____ |
   | For the year before that: | From _____<br>MM / DD / YYYY | to | _____<br>MM / DD / YYYY | _____ | $ _____ |

| Debtor | Savage Resources, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Sherman & Howard L.L.C.<br>Creditor's name | 06/02/16 | $51,400.00 | ☐ Secured debt<br>☐ Unsecured loan repayments |
| | 633 17th Street, Suite 3000<br>Street | 07/20/16 | | ☐ Suppliers or vendors |
| | Denver, CO 80202<br>City State ZIP Code | | | ☒ Services<br>☐ Other _____ |
| 3.2. | Trinity Petroleum Management LLC<br>Creditor's name | 07/06/16 | $22,535.00 | ☐ Secured debt<br>☐ Unsecured loan repayments |
| | 1660 Lincoln Street, Suite 2100<br>Street | 07/09/16 | | ☐ Suppliers or vendors |
| | Denver CO 80265<br>City State ZIP Code | | | ☒ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Marshall Savage<br>Insider's name | 02/26/16 | $27,973.20 | Mr. Savage intended to make an on-line payment to Sherman & Howard L.L.C. from |
| | 11710 N. Avondale Loop<br>Street | | | See Attachment 1 |
| | Hayden ID 83835<br>City State ZIP Code | | | |
| | **Relationship to debtor** | | | |
| 4.2. | Insider's name | | $ | |
| | Street | | | |
| | City State ZIP Code | | | |
| | **Relationship to debtor** | | | |

Debtor    Savage Resources, LLC      Case number (if known)_____
      Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City   State   ZIP Code | | | |
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City   State   ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| | Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|---|
| | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City   State   ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

**Part 3:**   **Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | See Attachment 2 | Breach of Contract | See Attachment 2 | ☒ Pending |
| | | | Name | ☐ On appeal |
| | | | 901 19th Street | ☐ Concluded |
| | | | Street | |
| | **Case number** | | | |
| | 16-cv-1057 | | Denver   CO   80294 | |
| | | | City   State   ZIP Code | |
| 7.2. | **Case title** | | **Court or agency's name and address** | ☐ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | Street | ☐ Concluded |
| | | | City   State   ZIP Code | |

Debtor    Savage Resources, LLC
_____
Name

Case number (if known)_____

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | **Case title** | **Court name and address** |
| Street | _____ | |
| | **Case number** | Name |
| City    State    ZIP Code | _____ | Street |
| | **Date of order or assignment** | _____ |
| | _____ | City    State    ZIP Code |

## Part 4: Certain Gifts and Charitable Contributions

### 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| **9.1.** Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| City    State    ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |
| **9.2.** Recipient's name | _____ | _____ | $_____ |
| Street | _____ | | |
| City    State    ZIP Code | | | |
| **Recipient's relationship to debtor** | | | |

## Part 5: Certain Losses

### 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |

| Debtor | Savage Resources, LLC | Case number (if known) |
|--------|----------------------|------------------------|
|        | Name                 |                        |

## Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|--|--------------------------------------------|-------------------------------------------------|-------|-----------------------|
| 11.1. | Sherman & Howard L.L.C. | | 9/28/2015 | $ 8,384.00 |
|  | **Address** | | | |
|  | 633 17th Street, Suite 3000 | | | |
|  | Street | | | |
|  | Denver                CO        80202 | | | |
|  | City                     State       ZIP Code | | | |
|  | **Email or website address** | | | |
|  | | | | |
|  | **Who made the payment, if not debtor?** | | | |
|  | | | | |

|  | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|--|--------------------------------------------|-------------------------------------------------|-------|-----------------------|
| 11.2. | Sherman & Howard L.L.C. | | 12/17/2015 | $ 23,533.69 |
|  | **Address** | | | |
|  | 633 17th Street, Suite 3000 | | | |
|  | Street | | | |
|  | Denver                CO        80202 | | | |
|  | City                     State       ZIP Code | | | |
|  | **Email or website address** | | | |
|  | | | | |
|  | **Who made the payment, if not debtor?** | | | |
|  | | | See Attachment 3 | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

|  | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|--|------------------------|-----------------------------------|---------------------------|-----------------------|
|  | | | | $ |
|  | **Trustee** | | | |
|  | | | | |

Debtor    Savage Resources, LLC            Case number (if known)_____
          Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | **Address** | _____ | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City      State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| | | | | |
| | **Who received transfer?** | _____ | _____ | $_____ |
| | _____ | _____ | | |
| 13.2. | _____ | | | |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City      State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:**    **Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | Independence Plaza | From _2/2012_ | To _6/2016_ |
| | Street | | |
| | 1001 16th Street, Suite B180 | | |
| | Denver          CO      80265 | | |
| | City         State    ZIP Code | | |
| 14.2. | _____ | From _____ | To _____ |
| | Street | | |
| | _____ | | |
| | City         State    ZIP Code | | |

Debtor     Savage Resources, LLC
           _____          Case number (if known)_____
           Name

---

| **Part 8:** | **Healthcare Bankruptcies** |
|---|---|

**15. Healthcare bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | _____ | _____ |
| | _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:* |
| | _____<br>City          State          ZIP Code | _____ | ☐ Electronically<br>☐ Paper |
| | **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
| 15.2. | _____<br>Facility name | _____ | _____ |
| | _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:* |
| | _____<br>City          State          ZIP Code | _____ | ☐ Electronically<br>☐ Paper |

---

| **Part 9:** | **Personally Identifiable Information** |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.

☐ Yes. State the nature of the information collected and retained. _____

      Does the debtor have a privacy policy about that information?

      ☐ No

      ☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

      ☐ No. Go to Part 10.

      ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

      Has the plan been terminated?

      ☐ No

      ☐ Yes

---

Debtor    Savage Resources, LLC                  Case number (if known)_____
         Name

---

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

[X] None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Name _____<br>Street _____<br>_____<br>City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | Name _____<br>Street _____<br>_____<br>City   State   ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

[X] None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____<br>Street _____<br>_____<br>City   State   ZIP Code | _____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

[X] None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name _____<br>Street _____<br>_____<br>City   State   ZIP Code | _____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____ | ☐ No<br>☐ Yes |

---

Debtor    Savage Resources, LLC                                    Case number (if known)_____
          _____
          Name

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| _____ | _____ | _____ | |
| Name | | | |
| _____ | _____ | _____ | |
| Street | | | |
| _____ | | | |
| City          State       ZIP Code | | | |

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium)

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | | _____ | ☐ Pending |
| **Case number** | Name _____ | | ☐ On appeal |
| | Street _____ | _____ | ☐ Concluded |
| _____ | _____ | | |
| | City          State       ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| Name | Name | | |
| _____ | _____ | _____ | |
| Street | Street | | |
| _____ | _____ | _____ | |
| City          State       ZIP Code | City          State       ZIP Code | | |

Debtor    <u>Savage Resources, LLC</u>                    Case number *(if known)*_____
        Name

---

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City    State    ZIP Code | City    State    ZIP Code | | |

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| **25.1.** Name<br>Street<br>City    State    ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From _____ To _____ |
| **25.2.** Name<br>Street<br>City    State    ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From _____ To _____ |
| **25.3.** Name<br>Street<br>City    State    ZIP Code | | EIN: __ __ – __ __ __ __ __ __ __<br>**Dates business existed**<br>From _____ To _____ |

---

Debtor    Savage Resources, LLC _____      Case number *(if known)*_____
           Name

---

## 26. Books, records, and financial statements

**26a.** List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

   ☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.**   Trinity Petroleum Management <br> Name <br> 1660 Lincoln Street, Suite 2100 <br> Street <br><br> Dennver     CO     80264 <br> City        State     ZIP Code | From _____    To _____ |
| **Name and address** | **Dates of service** |
| **26a.2.** <br> Name <br><br> Street <br><br> City        State     ZIP Code | From _____    To _____ |

**26b.** List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☐ None

| Name and address | Dates of service |
|---|---|
| **26b.1.**   Trinity Petroleum Management <br> Name <br> 1660 Lincoln Street, Suite 2100 <br> Street <br><br> Denver     CO     80264 <br> City        State     ZIP Code | From _____    To _____ |
| **Name and address** | **Dates of service** |
| **26b.2.** <br> Name <br><br> Street <br><br> City        State     ZIP Code | From _____    To _____ |

**26c.** List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.**   Trinity Petroleum Management <br> Name <br> 1660 Lincoln Street, Suite 2100 <br> Street <br><br> Denver     CO     80264 <br> City        State     ZIP Code | _____ <br> _____ <br> _____ |

Debtor    Savage Resources, LLC                                  Case number (if known)_____
          Name

| | Name and address | | | If any books of account and records are unavailable, explain why |
|---|---|---|---|---|

26c.2.   Harper Hofer & Assoc., LLC
         Name
         1580 Lincoln Street, Suite 1100
         Street

         Denver                        Colorado        80203
         City                          State           ZIP Code

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

**Name and address**

26d.2.   Red Rock Gathering Company, LLC
         Name
         999 18th Street, Suite 3400S
         Street

         Denver                        CO              80202
         City                          State           ZIP Code

**Name and address**

26d.2.   Caerus Oil and Gas LLC
         Name
         1001 Seventeenth Street, Suite 1600
         Street

         Denver                        CO              80202
         City                          State           ZIP Code

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

**Name and address of the person who has possession of inventory records**

27.1.    _____
         Name
         _____
         Street
         _____
         _____
         City                          State           ZIP Code

Debtor     Savage Resources, LLC _____        Case number (if known)_____
           Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

Name and address of the person who has possession of inventory records

27.2.
Name _____

Street _____

City _____    State _____    ZIP Code _____

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Marshall Savage | 11710 N. Avondale Loop, Hayden, ID 83835 | See Attachment 4 | 22.3834 |
| Daniel Savage | 14610 W. Cornell Place, Lakewood, CO 80228 | See Attachment 5 | 22.3834 |
| John Savage | P O Box 1926, Rifle, CO 81650 | Managing Member - Equity | 22.3834 |
| Roy Savage | 1122-293 Road, Rifle, CO 81650 | Managing Member - Equity | 22.3834 |
| Daniel W. Stroock | 55 Frost Street, Cambridge, MA 02140 | Managing Member - Equity | 10 |

See Attachment 6

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Daniel W. Savage | Approximately $100 | _____ | See Attachment 7 |
| Name | | | |
| 14610 W. Cornell Place | | _____ | |
| Street | | | |
| Lakewood      CO      80228 | | _____ | |
| City         State    ZIP Code | | | |
| **Relationship to debtor** | | _____ | |

| Debtor | Savage Resources, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| Name and address of recipient | $27,973.20 | | See Attachment 8 |
|---|---|---|---|
| Marshall Savage | | | |
| Name | | | |
| 11710 N. Avondale Loop | | | |
| Street | | | |
| | | | |
| Hayden                    ID | | | |
| City                    State         ZIP Code | | | |
| | | | |
| Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer identification number of the parent corporation |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No

☐ Yes. Identify below.

| Name of the pension fund | Employer identification number of the pension fund |
|---|---|
| | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    09/01/2016
                        MM / DD / YYYY

✘ s/Marshall Savage                                    Printed name  Marshall Savage
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  President and Managing Member

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☐ No

☒ Yes

# Attachment 1/2
## Debtor: Savage Resources, LLC        Case No:

Attachment 1

   the banking account of Savage Resources, LLC. Mr. Savage inadvertently made the
   $27,973.20 payment from his personal account.  Upon realizing the mistake, Mr.
   Savage corrected the transaction by transferring the same amount of funds from the
   Savage Resources, LLC account to his personal account.

Attachment 2

   Red Rock Gathering Co., LLC v. Savage Resources, LLC

Attachment 2

   United States District Court for the District of Colorado

Attachment 3 Additional Payments Related to Bankruptcy:

   Name of Payee or Transferee: Sherman & Howard L.L.C.
   Payee or Transferee Address: 633 17th Street, Suite 3000, Denver, Colorado  80202
   Dates: 12/28/2015
   Total Amount or Value Transferred: $15,870.20

   Name of Payee or Transferee: Sherman & Howard L.L.C.
   Payee or Transferee Address: 633 17th Street, Suite 3000, Denver, Colorado 80202
   Dates: 2/5/2016
   Total Amount or Value Transferred: $12,103.00

   Name of Payee or Transferee: Sherman & Howard L.L.C.
   Payee or Transferee Address: 633 17th STreet, Suite 3000, Denver, Colorado 80202
   Dates: 2/25/2016
   Total Amount or Value Transferred: $5,315.50

   Name of Payee or Transferee: Sherman & Howard L.L.C.
   Payee or Transferee Address: 633 17th Street, Suite 3000, Denver, Colorado 80202
   Dates: 4/11/2016
   Total Amount or Value Transferred: $8,900.00

   Name of Payee or Transferee: Sherman & Howard L.L.C.
   Payee or Transferee Address: 633 17th Street, Suite 3000, Denver, Colorado 80202
   Dates: 5/3/2016
   Total Amount or Value Transferred: $2,412.00

   Name of Payee or Transferee: Sherman & Howard L.L.C.
   Payee or Transferee Address: 633 17th Street, Suite 3000, Denver, Colorado 80202
   Dates: 5/31/2016
   Total Amount or Value Transferred: $21,400.00

Attachment 2/2
Debtor: Savage Resources, LLC      Case No:

Name of Payee or Transferee: Sherman & Howard L.L.C.
Payee or Transferee Address: 633 17th Street, Suite 3000, Denver, Colorado 80202
Dates: 7/14/2016
Total Amount or Value Transferred: $38,782.00

Name of Payee or Transferee: Sherman & Howard L.L.C.
Payee or Transferee Address: 633 17th Street, Suite 3000, Denver, Colorado 80202
Dates: 7/22/2016
Total Amount or Value Transferred: $10,527.00

Name of Payee or Transferee: Sherman & Howard L.L.C.
Payee or Transferee Address: 633 17th Street, Suite 3000, Denver, Colorado 80202
Dates: 9/1/16
Total Amount or Value Transferred: $15,339.38

Attachment 4

President and Managing Member - Equity

Attachment 5

Vice President and Managing Member - Equity

Attachment 6

Additional Parties In Control of the Debtor:
Name: Cheryl Burch Schoff
Address: 212 W. Maple, Stillwater, Minnesota 55082
Position and Nature of Interest: Non-voting Non-Managing Member - Equity
% of Interest: 0.4664

Attachment 7

Daniel Savage closed the Debtor's offices at Independence Plaza. He sold certain
office furniture on Craig's List for $100. He disposed of the remaining furniture.
Savage Resources used the $100 to compensate Mr. Savage for his efforts in this
regard.

Attachment 8

Mr. Savage intended to make an on-line payment to Sherman & Howard L.L.C. from
the banking account of Savage Resources, LLC. Mr. Savage inadvertently made the
$27,973.20 payment from his personal account.  Upon realizing the mistake, Mr.
Savage corrected the transaction by transferring the same amount of funds from the
Savage Resources, LLC account to his personal account.

| Fill in this information to identify the case: |
|---|
| Debtor name _____ **Savage Resources, LLC** _____ |
| United States Bankruptcy Court for the:_____ **Colorado** _____ |
| Case number (If known): _____ |

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

---

**Part 1:**  **Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B* ................................................................... $ **0.00**

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B* ................................................................ $ **16,789.13**
   *plus Unknown*

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B* ................................................................. $ **16,789.13**
   *plus Unknown*

---

**Part 2:**  **Summary of Liabilities**

2. *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* at the bottom of page 1 of *Schedule D* ........................... $ **0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F* ............................................. $ **60,000.00**

   **3b. Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F* ......................... + $ **31,389,565.22**

4. **Total liabilities** .........................................................................................................................
   Lines 2 + 3a + 3b      $ **31,449,565.22**

---

**Fill in this information to identify the case:**

Debtor name  Savage Resources, LLC

United States Bankruptcy Court for the: Colorado

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☒ Yes. Fill in the information below.

   All cash or cash equivalents owned or controlled by the debtor

   **Current value of debtor's interest**

2. **Cash on hand**                                                                 $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Wells Fargo Bank | Checking | 9  1  6  9 | $ 1,437.51 |
| 3.2. | | ___ ___ ___ ___ | $ |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____    $ _____
   4.2. _____    $ _____

5. **Total of Part 1**                                                              $ 1,437.51

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☒ Yes. Fill in the information below.

   **Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit
   7.1. Sherman & Howard L.L.C. - retainer                              $ 15,351.62
   7.2. _____    $ _____

Debtor    Savage Resources, LLC _____        Case number (if known)_____
          Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____    $_____

   8.2._____    $_____

9. **Total of Part 2.**                                                            | $15,351.62 |

   Add lines 7 through 8. Copy the total to line 81.

---

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☒ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

                                                                          Current value of debtor's
                                                                          interest

11. **Accounts receivable**

    11a. 90 days old or less:  _____ – _____ = ......→    $_____
                               face amount          doubtful or uncollectible accounts

    11b. Over 90 days old:     _____ – _____ = ......→    $_____
                               face amount          doubtful or uncollectible accounts

12. **Total of Part 3**                                                          | $_____ |

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

---

## Part 4:   Investments

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

                                                    Valuation method         Current value of debtor's
                                                    used for current value    interest

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____    _____    $_____

    14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses,**
    **including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                % of ownership:

    15.1._____   _____%    _____    $_____

    15.2._____   _____%    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable**
    **instruments not included in Part 1**

    Describe:

    16.1._____    _____    $_____

    16.2._____    _____    $_____

17. **Total of Part 4**                                                          | $_____ |

    Add lines 14 through 16. Copy the total to line 83.

Debtor   **Savage Resources, LLC**
_____
Name

Case number *(if known)*_____

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

18. Does the debtor own any inventory (excluding agriculture assets)?

☒ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**

☐ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| _____ | $_____ | _____ | $_____ |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $_____ | _____ | $_____ |

| Debtor | Savage Resources, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No

  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____   Valuation method _____   Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:      Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| _____ | $_____ | _____ | $_____ |
| 40. **Office fixtures** | | | |
| _____ | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| _____ | $_____ | _____ | $_____ |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$_____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor   Savage Resources, LLC
         _____        Case number (if known)_____
         Name

| **Part 8:** | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| 48% interest in infrastructure (see attached) | $ 1,686,619.00 | _____ | $ Unknown |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| $ Unknown |
|---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☒ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☒ No

☐ Yes

Debtor      Savage Resources, LLC                                    Case number (if known)_____
            _____
            Name

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 See attached list of wells | _____ | $_____ | _____ | $ Unknown |
| 55.2 See attached list of leases | _____ | $_____ | _____ | $ Unknown |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| $ Unknown |
|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☒ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

| Part 10: | Intangibles and Intellectual Property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| **61. Internet domain names and websites**<br>savageresources.com; savageresources.org; savageresources.net | $ 0.00 | _____ | $ 0.00 |
| **62. Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| **63. Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| **64. Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| **65. Goodwill**<br>_____ | $_____ | _____ | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $ 0.00 |
|---|

Debtor   Savage Resources, LLC
_____
Name

Case number (if known)_____

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☒ No

❑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No

❑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

❑ Yes

### Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

❑ No. Go to Part 12.

☒ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor)<br><br>_____  −  _____  = ➔<br>Total face amount     doubtful or uncollectible amount | $_____ |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br><br>Description (for example, federal, state, local)<br><br>_____  Tax year _____<br>_____  Tax year _____<br>_____  Tax year _____ | $_____<br>$_____<br>$_____ |
| 73. **Interests in insurance policies or annuities**<br>_____ | $_____ |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>Counterclaim filed against Red Rock Gathering Company, LLC<br>Nature of claim   See Attachment<br>Amount requested   $ Unliquidated | $ Unknown |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>Gas imbalances<br>Nature of claim   See Attachment<br>Amount requested_   $ Unliquidated | $ Unknown |
| 76. **Trusts, equitable or future interests in property**<br>_____ | $_____ |
| 77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>_____<br>_____ | $_____<br>$_____ |
| 78. **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $ Unknown |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No

❑ Yes

Debtor   Savage Resources, LLC
         _____          Case number (if known)_____
         Name

| **Part 12:** | **Summary** |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $1,437.51 | |
| 81. **Deposits and prepayments.** Copy line 9, Part 2. | $15,351.62 | |
| 82. **Accounts receivable.** Copy line 12, Part 3. | $0.00 | |
| 83. **Investments.** Copy line 17, Part 4. | $0.00 | |
| 84. **Inventory.** Copy line 23, Part 5. | $0.00 | |
| 85. **Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| 86. **Office furniture, fixtures, and equipment, and collectibles.** Copy line 43, Part 7. | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $Unknown | |
| 88. **Real property.** Copy line 56, Part 9. ............................➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| 90. **All other assets.** Copy line 78, Part 11. | + $Unknown | |
| 91. **Total.** Add lines 80 through 90 for each column. ............91a. | $16,789.13 plus unknown | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................... $16,789.13 plus unknown

**Attachment Form 206 A/B, Part 8, Question No. 50**

Savage Resources holds a 48% interest in the Piceance 5L & 8D Pipeline and also holds a 48% interest in a compression plant.

**Attachment Form 206 A/B, Part 11, Question No. 74**

Savage Resources asserted a counterclaim against Red Rock in the federal district court litigation styled *Red Rock Gathering Company, LLC v. Savage Resources, LLC*, United States District Court for the District of Colorado, Civil Action No. 16-cv-1057. Savage Resources asserts that certain amounts it paid to Red Rock were based upon an unenforceable penalty imposed in the contract between Savage Resources and Red Rock. The amount of the penalties paid totals $698,518.27. Savage Resources also alleges that Red Rock improperly refused to accept gas from Savage Resources and has thereby caused damage to Savage Resources. That amount is unliquidated. Savage Resources also has learned that Red Rock has unilaterally taken Savage Resources gas being produced from WPX Wells, and is applying that gas to amounts Savage Resources allegedly owes to Red Rock, although Savage Resources disputes those amounts. Red Rock has done this without the consent of Savage Resources after it unilaterally terminated the agreement between Red Rock and Savage Resources. These actions have damaged Savage Resources in an amount that is unliquidated, but not less than the value of the gas improperly taken by Red Rock.

**Attachment Form 206 A/B, Part 11, Question No. 75**

Savage Resources is entitled to gas imbalances under its joint operating agreements with Caerus.  Savage Resources believes that the gas imbalance owed by Caerus as of June 2016 was 308,445 MMBTU.  Based on the price as of June 2016, Savage Resources gas imbalance has a value of $771,112.50.  Savage Resources does not have gas imbalance figures for the months subsequent to June 2016.

Savage Resources may have overpaid Caerus and/or WPX Energy for monthly JIBs based on taxes that may have been improperly included in monthly invoices.

**Attachment Form 206 A/B, Part 9, Question No. 55**

Savage Resources has a working interest in the following wells. These wells are located on properties located in Garfield County, Colorado that are subject to oil and gas leases with Savage Resources as the lessor.

| WPX Wells | AFE Number | Working Interest | API Number |
|---|---|---|---|
| RWF 543-6 | WT4134-62154896 | 12.963781% | 050451366700 |
| RWF 443-6 | WT17681-62190130 | 12.963781% | 050451365700 |
| | | | |
| Pad 31-6 NE Qtr | | | |
| RWF 31-6 | WT8828-62184083 | 12.963781% | 050451330400 |
| RWF 531-6 | WT17322-62190004 | 12.963781% | 050451330500 |
| RWF 431-6 | WT17378-62190002 | 12.963781% | 050451330100 |
| RWF 32-6 | WT17619-62066621 | 12.963781% | 050451331900 |
| RWF 332-6 | WT17631-62189975 | 12.963781% | 0504513330000 |
| RwF 331-6 | WT17627-62190000 | 12.963781% | 050451332100 |
| RWF 341-6 | WT17641-62189998 | 12.963781% | 050451332300 |
| RWF 432-6 | WT17643-62189979 | 12.963781% | 050451332000 |
| RWF 442-6 | WT17679-62189986 | 12.963781% | 050451330600 |
| RWF 441-6 | WT17677-62189996 | 12.963781% | 050451329900 |
| RWF 541-6 | WT17221-62189994 | 12.963781% | 050451330300 |
| RWF 342-6 | WT17643-62189988 | 12.963781% | 050451331800 |
| RWF 42-6 | WT17660-62189990 | 12.963781% | 050451332200 |
| RWF 41-6 | WT17653-62189992 | 12.963781% | 050451330200 |
| RWF 232-32 | WT6030-62171504 | 25.000000% | 050451212500 |
| RWF 431-32 | WT8841-62183660 | 25.000000% | 050451277300 |
| RWF 331-32 | WT8107-62180413 | 25.000000% | 050451275500 |
| RWF 332-32 | WT8840-62183686 | 25.000000% | 050451275700 |
| RWF 231-32 | WT6027-62171500 | 25.000000% | 050451212200 |
| RWF 31-32 | WT8082-62180391 | 25.000000% | 050451275400 |
| RWF 32-32 | WT8083-62180404 | 25.000000% | 050451275600 |
| RWF 442-32 | WT8842-62183720 | 25.000000% | 050451275200 |
| RWF 241-32 | WT8085-62180385 | 25.000000% | 050451274800 |
| RWF 41-32 | WT8084-62180411 | 25.000000% | 050451274900 |
| RWF 342-32 | WT9352-62183740 | 25.000000% | 050451275000 |
| RWF 242-32 | WT6023-62171490 | 25.000000% | 050451212600 |
| RWF 341-32 | WT6025-62171496 | 25.000000% | 050451212300 |
| RWF 441-32 | WT8086-62180418 | 25.000000% | 050451275800 |
| RWF 541-32 | WT8087-62180420 | 25.000000% | 050451275300 |
| RWF 42-32 | WT9487-62183882 | 25.000000% | 050451275100 |
| | | | |
| RWF 11-32 | | 25.000000% | 050450758000 |
| RWF 414-6 | WT7919-62178985 | 12.963781% | 050451252000 |
| SR 311-7 | WT7918-62178989 | 9.731580% | 050451235100 |

| WPX Wells | AFE Number | Working Interest | API Number |
|---|---|---|---|
| Pad 11-6 NW Qtr | | | |
| RWF 311-6 | WT9476-62186413 | 12.963781% | 050451311200 |
| RWF 21-6 | WT13043-62189977 | 12.963781% | 050451310600 |
| RWF 321-6 | WT4139-62154829 | 12.963781% | 050451310700 |
| RWF 411-6 | WT9479-62186415 | 12.963781% | 050451311100 |
| RWF 511-6 | WT9483-62186417 | 12.963781% | 050451311000 |
| RWF 421-6 | WT9485-62186419 | 12.963781% | 050451310800 |
| RWF 521-6 | WT9485-62186421 | 12.963781% | 050451310900 |
| RWF 11-6 | WT4137-6214706 | 12.963781% | 050451311400 |
| RWF 12-6 | WT8355-62181712 | 12.963781% | 050451311300 |
| RWF 22-6 | WT4138-62154707 | 12.963781% | 050451311800 |
| RWF 322-6 | WT9478-62186401 | 12.963781% | 050451311900 |
| RWF 312-6 | WT9477-62186407 | 12.963781% | 050451311500 |
| RWF 412-6 | WT9480-62186409 | 12.963781% | 050451311600 |
| RWF 422-6 | WT9482-62186403 | 12.963781% | 050451312000 |
| RWF 522-6 | WT9486-62186405 | 12.963781% | 050451312100 |
| RWF 512-6 | WT9484-62186411 | 12.963781% | 050451311700 |
| | | | |
| Pad 13-6 SW Qtr | | | |
| RWF 14-6 | WT8356-62181716 | 12.963781% | 050451331600 |
| RWF 313-6 | WT15866-62190086 | 12.963781% | 050451355100 |
| RWF 314-6 | WT15571-62190063 | 12.963781% | 050451331500 |
| RWF 323-6 | WT17220-62190082 | 12.963781% | 050451355400 |
| RWF 413-6 | WT4135-62154852 | 12.963781% | 050451331200 |
| RWF 513-6 | WT15570-62190088 | 12.963781% | 050451331300 |
| RWF 514-6 | WT15573-62194152 | 12.963781% | 050451331000 |
| RWF 13-6 | WT8829 | 12.963781% | 050451355000 |
| RWF 23-6 | WT16552 | 12.963781% | 050451331400 |
| RWF 424-6 | WT16943 | 12.963781% | 0504513555200 |
| RWF 524-6 | WT16765 | 12.963781% | 050451331700 |
| RWF 523-6 | WT17696-62190078 | 12.963781% | 050451355300 |
| RWF 324-6 | WT4136-62154834 | 12.963781% | 050451331100 |
| RWF 423-6 | WT17375-62190080 | 12.963781% | 050451332400 |
| RWF 24-6 | WT17610-62190076 | 12.963781% | 050451330900 |
| | | | |
| Pad 33-6 SE Qtr | | | |
| RWF 34-6 | WT17130-62193982 | 12.963781% | 050451365900 |
| RWF 533-6 | WT8357-62181718 | 12.963781% | 050451367200 |
| RWF 433-6 | WT17672-62190120 | 12.963781% | 050451367000 |
| RWF 334-6 | WT17640-62193984 | 12.963781% | 050451366600 |
| RWF 434-6 | WT17676-62193986 | 12.963781% | 050451366100 |
| RWF 33-6 | WT4133-62154838 | 12.963781% | 050451367100 |
| RWF 534-6 | WT17702-62193989 | 12.963781% | 050451366200 |
| RWF 333-6 | WT17636-62190122 | 12.963781% | 050451366900 |
| RWF 544-6 | WT17707-62193998 | 12.963781% | 050451366000 |
| RWF 532-6 | WT 17699-62189981 | 12.963781% | 050451365800 |
| RWF 542-6 | WT17703-62189983 | 12.963781% | 050451366800 |

| WPX Wells | AFE Number | Working Interest | API Number |
|---|---|---|---|
| RWF 444-6 | WT17690-62193996 | 12.963781% | 050451366500 |
| RWF 344-6 | WT17652-62193994 | 12.963781% | 050451366400 |
| RWF 43-6 | WT17674-62190124 | 12.963781% | 050451365500 |
| RWF 44-6 | WT17684-62193992 | 12.963781% | 050451366300 |
| RWF 343-6 | WT17648-62190126 | 12.963781% | 050451365600 |

| Caerus Wells | Working Interest |
|---|---|
| SAVAGE 5-23A | 48% |
| SAVAGE 5-23C | 48% |
| SAVAGE 5-13C | 48% |
| SAVAGE 5-13D | 48% |
| SAVAGE 5-14A | 48% |
| SAVAGE 5-23D | 48% |
| SAVAGE 5-24A | 48% |
| SAVAGE 5-14B | 48% |
| SAVAGE 5-14C | 48% |
| SAVAGE 5-24C | 48% |
| SAVAGE 5-24B | 48% |
| SAVAGE 5-13A | 48% |
| SAVAGE 5-24D | 48% |
| SAVAGE 5-14D | 48% |
| SAVAGE 5-23B | 48% |
| SAVAGE 5-13B | 48% |
| SAVAGE 8-12C | 48% |
| SAVAGE 8-12D | 48% |
| SAVAGE 8-12A | 48% |
| SAVAGE 8-12B | 48% |
| SAVAGE 8-21C | 48% |
| SAVAGE 8-21D | 48% |
| SAVAGE 8-11C | 48% |
| SAVAGE 8-11D | 48% |
| SAVAGE 8-11A | 48% |
| SAVAGE 8-11B | 48% |
| SAVAGE 8-21A | 48% |
| SAVAGE 8-21B | 10% |
| NIOBRARA | |
| | |
| RULISON FEDERAL 17-12C | 48% |

**Attachment Form 206 A/B, Part 9, Question No. 55**

Savage Resources has a 48% interest in the following leases based on a Cross-Assignment and Stipulation of Interest effective June 27, 2007, by and between Noble Energy, Inc. and Savage Resources, LLC, as amended and extended, recorded on January 25, 2008, at Reception No. 741837 in the real property records for Garfield County, Colorado (Noble Energy assigned its rights to Caerus Oil and Gas, LLC).

<u>Leases</u>
**Savage Leases**

A.   Oil and Gas Lease dated June 13, 2007, by and between Joan L. Savage and Savage Resources, LLC covering lands in T7S-R94W, 6th P.M., Section 5, covering 240.00 acres, more or less, Memorandum of Lease recorded in Book 1947, Page 0502, Garfield County, Colorado.

B.   Oil and Gas Lease dated June 13, 2007, by and between Joan L. Savage and Savage Resources, LLC covering lands in T7S-R94W, 6th P.M., Section 8, covering approximately 200.00 acres, more or less, Memorandum of Lease recorded in Book 1947, Page 0504, Garfield County, Colorado.

C.   Oil and Gas Lease dated June 13, 2007, by and between Joan L. Savage and Savage Resources, LLC covering lands in T7S-R94W, 6th P.M., Section 19, covering 248.58 acres, more or less, Memorandum of Lease recorded in Book 1947, Page 0506, Garfield County, Colorado.

D.   Oil and Gas Lease dated June 13, 2007, by and between Joan L. Savage and Savage Resources, LLC covering lands in T7S-R95W, 6th P.M., Section 24, covering approximately 382.00 acres, more or less, Memorandum of Lease recorded in Book 1947, Page 0508, Garfield County, Colorado.

E.   Oil and Gas Lease dated June 13, 2007, by and between Joan L. Savage and Savage Resources, LLC covering lands in T7S-R94W, 6th P.M., Section 29, covering approximately 631.49 acres, more or less, Memorandum of Lease recorded in Book 1947, Page 0520, Garfield County, Colorado.

F.   Oil and Gas Lease dated June 13, 2007, by and between Joan L. Savage and Savage Resources, LLC covering lands in T7S-R94W, 6th P.M., Section 30, covering approximately 150.64 acres, more or less, Memorandum of Lease recorded in Book 1947, Page 0524, Garfield County, Colorado.

G.   Oil and Gas Lease dated June 13, 2007, by and between Joan L. Savage and Savage Resources, LLC covering lands in T7S-R94W, 6th P.M., Section 32, covering approximately 134.65 acres, more or less, Memorandum of Lease recorded in Book 1947, Page 0510, Garfield County, Colorado.

H.   Oil and Gas Lease dated December 12, 2005, by and between Joan L. Savage and Savage Resources, LLC covering 80 acres in T7S-R94W, 6th P.M., Section 6, Recorded in Book No. 1767, Page 761, Garfield County, Colorado.

**Savage Leases**

I.   Oil and Gas Lease dated December 12, 2005, by and between Joan L. Savage and Savage Resources, LLC covering 80 acres in T7S-R94W, 6th P.M., Section 7, Recorded in Book No. 1767, Page 806, Garfield County, Colorado.

J.   Oil and Gas Lease dated November 17, 2005, by and between Joan L. Savage and Savage Resources, LLC covering 240 acres in T6S-R94W, 6th P.M., Section 32, Recorded in Book No. 1767, Page 746, Garfield County, Colorado.

K.   Oil and Gas Lease dated June 13, 2007, by and between Charles B. Williams and Savage Resources, LLC covering lands in T7S-R94W, 6th P.M., Section 29, covering approximately 631.49 acres, more or less, Memorandum of Lease recorded in Book 1947, Page 0518, Garfield County, Colorado.

L.   Oil and Gas Lease dated June 13, 2007, by and between Charles B. Williams and Savage Resources, LLC covering lands in T7S-R94W, 6th P.M., Section 30, covering approximately 150.64 acres, more or less, Memorandum of Lease recorded in Book 1947, Page 0522, Garfield County, Colorado.

M.   Oil and Gas Lease dated June 13, 2007, by and between Charles B. Williams and Savage Resources, LLC covering lands in T7S-R94W, 6th P.M., Section 32, covering approximately 134.65 acres, more or less, Memorandum of Lease recorded in Book 1947, Page 0512, Garfield County, Colorado.

N.   Oil and Gas Lease dated June 13, 2007, by and between William Baylor Barnett and Savage Resources, LLC covering lands in T7S-R94W, 6th P.M., Section 29, covering approximately 631.49 acres, more or less, Memorandum of Lease recorded in Book 1947, Page 0514, Garfield County, Colorado.

O.   Oil and Gas Lease dated June 13, 2007, by and between William Baylor Barnett and Savage Resources, LLC covering lands in T7S-R94W, 6th P.M., Section 30, covering approximately 150.64 acres, more or less, Memorandum of Lease recorded in Book 1947, Page 0526, Garfield County, Colorado.

P.   Oil and Gas Lease dated June 13, 2007, by and between William Baylor Barnett and Savage Resources, LLC covering lands in T7S-R94W, 6th P.M., Section 32, covering approximately 134.65 acres, more or less, Memorandum of Lease recorded in Book 1947, Page 0516, Garfield County, Colorado.

**Noble Leases**

A.   COC67544, Oil and Gas Lease dated effective September 1, 2004, from USA BLM to Apollo Energy LLC, covering 736.000 acres in T7S-R94W, 6th P.M., Sections 19, 20 and 30, Recorded in Book 1633, Page 118, Garfield County, Colorado. Q004965000.

B.   COC66921, Oil and Gas Lease dated effective September 1, 2003, from USA BLM to Apollo Energy LLC, covering 723.180 acres in T7S-R94W, Sections 17 and 18, Recorded in Book 1539, Page 174, Garfield County, Colorado. Q004955000.

**Noble Leases**

C.    Oil and Gas Lease dated December 20, 2002, by and between Audrey J. Jones, Trustee of the Russell E. and Audrey J. Jones Trust, U/T/A dated the 28th day of January, 1993 and Apollo Energy LLC, covering 147.49 acres in T7S-R94W, 6th P.M., Section 17, Recorded in Book 1425, Page 438, Garfield County, Colorado. Q004950001.

D.    Oil and Gas Lease dated November 18, 2002, by and between James R. Jones, Jr. and Lois D. Jones, husband and wife and Apollo Energy LLC, covering 147.49 acres in T7S-R94W, 6th P.M., Section 17, Recorded in Book 1425, Page 435, Garfield County, Colorado. Q004950002.

E.    Oil and Gas Lease dated December 20, 2002, by and between Fern Mae Jones, as single woman and Apollo Energy LLC, covering 147.49 acres in T7S-R94W, 6th P.M., Section 17, Recorded in Book 1433, Page 108, Garfield County, Colorado. Q004950003.

F.    Oil and Gas Lease dated June 21, 2004, by and between Bernklau Family LLLP and Hilltop 2F2 Ranch, LLLP and Apollo Energy LLC, covering 147.49 acres in T7S-R94W, 6th P.M., Section 17, Recorded in Book 1598, Page 948, Garfield County, Colorado. Q004950004.

G.    Oil and Gas Lease dated April 19, 2006, by and between Double B. Ranch, LLC and Apollo Energy LLC, covering 80 acres in T7S-R94W, 6th P.M., Section 18, Recorded in Book 1803, Page 462, Garfield County, Colorado. Q007197002.

H.    COC070016, Oil and Gas Lease dated effective June 1, 2007, from USA BLM to Neil Romano, covering approximately 50.48 acres in T7S-R94W, 6th P.M., Section 30, Recorded in Reception No. 734040, Garfield County, Colorado. Q017024000.

I.    COC67543, Oil and Gas Lease dated effective September 1, 2004, from USA BLM to Presco Inc., covering approximately 12.27 acres in T7S-R94W, 6th P.M., Sections 29 and 32, Recorded in Book _____, Page _____, Garfield County, Colorado. Q009755000.

J.    Amended and Restated Oil and Gas Lease dated August 1, 2003, by and between Battlement Creek Ranch, LLc, and Presco, Inc., covering approximately 332.03 acres in T7S-R94W, 6th P.M., Section 19, 30, and approximately 131.34 acres in T7S-R94W, 6th P.M., Section 24, Recorded in Book 1553, Page 884, Garfield County, Colorado. Q009763000.

| Fill in this information to identify the case: |
| --- |
| Debtor name __Savage Resources, LLC__ |
| United States Bankruptcy Court for the: __Colorado__ |
| Case number (If known): _____ |

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
| --- | --- | --- | --- |

**2.1**   Creditor's name

Describe debtor's property that is subject to a lien

$_____    $_____

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**   Creditor's name

Describe debtor's property that is subject to a lien

$_____    $_____

Creditor's mailing address

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?
☐ No
☐ Yes

Date debt was incurred _____

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines _____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 0.00

**Fill in this information to identify the case:**

Debtor     Savage Resources, LLC

United States Bankruptcy Court for the:   Colorado

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                                       12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Daniel Savage

14610 W. Cornell Place

Lakewood, Colorado 80228

Date or dates debt was incurred
02/___/2016 to present

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (  4  )

As of the petition filing date, the claim is:   $30,000.00          $30,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Wages/Salaries/Commissions

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.2** Priority creditor's name and mailing address
Marshall Savage

11710 N. Avondale Loop

Hayden, Idaho 83835

Date or dates debt was incurred
02/___/2016 to present

Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (  4  )

As of the petition filing date, the claim is:   $30,000.00          $30,000.00
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Wages/Salaries/Commissions

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.3** Priority creditor's name and mailing address




Date or dates debt was incurred



Last 4 digits of account
number  ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:   $_____          $_____
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:


Is the claim subject to offset?
☐ No
☐ Yes

---

Debtor  **Savage Resources, LLC**
       Name                                                                Case number (if known)

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 4 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address

Ann B. Flanigan

651 Orchard Avenue

Santa Barbara, California 93108-1522

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Royalties

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.2** | Nonpriority creditor's name and mailing address

Betsy R. Freeman

3415 S. Clayton Blvd.

Englewood, Colorado 80113-7611

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Royalties

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.3** | Nonpriority creditor's name and mailing address

Buffalo Basin Limited Partners

P. O. Box 1926

Rifle, Colorado 81650

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Royalties

Is the claim subject to offset?
☒ No
☐ Yes

$ 29,230.81

---

**3.4** | Nonpriority creditor's name and mailing address

Caerus Oil and Gas LLC

1001 Seventeenth Street, Suite 1600

Denver, Colorado  80202

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim:  JOAs

Is the claim subject to offset?
☐ No
☒ Yes

$ 294,386.70

---

**3.5** | Nonpriority creditor's name and mailing address

Charles F. Weller

901 Amelia Street

Sugar Land, Texas 77478

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Royalties

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.6** | Nonpriority creditor's name and mailing address

Colorado Department of Revenue

P. O. Box 17087

Denver, Colorado 80217-0087

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

| Debtor | Savage Resources, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.7** Nonpriority creditor's name and mailing address

Continuum Energy Services, LLC

1323 E. 71st Street, Suite 300
Tulsa, Oklahoma 74136

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$ 0.00

---

**3.8** Nonpriority creditor's name and mailing address

Daniel P. Flanigan

651 Orchard Avenue
Santa Barbara, California 93108-1522

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Royalties

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$ 0.00

---

**3.9** Nonpriority creditor's name and mailing address

Daniel W. Savage

14610 W. Cornell Place
Lakewood, Colorado 80228

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan and wages ($30,000.00 is a priority claim)

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$ 3,265,729.17

---

**3.10** Nonpriority creditor's name and mailing address

Daniel W. Savage Dynasty Trust

14610 W. Cornell Place
Lakewood, Colorado 80228

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$ 2,548,608.99

---

**3.11** Nonpriority creditor's name and mailing address

Daniel W. Stroock

55 Frost Street
Cambridge, Massachusetts 02140

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$ 1,277,684.52

---

| Debtor | Savage Resources, LLC | Case number (if known) |
|---|---|---|
| | Name | |

### Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

Ellen S. Freeman

3415 S. Clayton Blvd.

Englewood, Colorado 80113-7611

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Royalties

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

$ 0.00

---

**3.13** Nonpriority creditor's name and mailing address

Enterprise Gas Processing, LLC

1100 Louisiana Street

Houston, Texas 77002

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Gas processing agreement

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

$ 29,848.49

---

**3.14** Nonpriority creditor's name and mailing address

Eva C. Weller

901 Amelia Street

Sugar Land, Texas 77478

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Royalties

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

$ 0.00

---

**3.15** Nonpriority creditor's name and mailing address

Fort Worth-Alliant Insurance Services, Inc.

701 B Street, 6th Floor

San Diego, California 92101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

$ 0.00

---

**3.16** Nonpriority creditor's name and mailing address

Harper Hofer & Assoc., LLC

1580 Lincoln Street, Suite 1100

Denver, Colorado 80203

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

$ 0.00

---

| Debtor | Savage Resources, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.17** Nonpriority creditor's name and mailing address

Joan L. Savage

1122-293 Road

Rifle, Colorado 81650

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: loan

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,587,111.97

---

**3.18** Nonpriority creditor's name and mailing address

John W. Savage

P. O. Box 1926

Rifle, Colorado 81650

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Is the claim subject to offset?
☒ No
☐ Yes

$ 88,782.00

---

**3.19** Nonpriority creditor's name and mailing address

John W. Savage Dynasty Trust

P. O. Box 1926

Rifle, Colorado  81650

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,546,443.33

---

**3.20** Nonpriority creditor's name and mailing address

JOJO Properties Ltd.

P. O. Box 1926

Rifle, Colorado 81650

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,881,851.74

---

**3.21** Nonpriority creditor's name and mailing address

Karsh Consulting PC

650 S. Cherry Street, Suite 500

Denver, Colorado 80246

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

| Debtor | Savage Resources, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.22** Nonpriority creditor's name and mailing address

Kenneth A. Breitenbach

410 17th Street, #1151
Denver, Colorado  80202

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Royalties

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.23** Nonpriority creditor's name and mailing address

Laura S. Marion

1844 Orchard Avenue
Boulder, Colorado 80304

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Royalties

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.24** Nonpriority creditor's name and mailing address

Malu Lani Oil & Gas Company, Inc.

P O Box 621128
Littleton, Colorado 80162-1128

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Royalties

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.25** Nonpriority creditor's name and mailing address

Marshall T. Savage

11710 N. Avondale Loop
Hayden, Idaho 83835

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  loan and wages ($30,000.00 is a priority claim)

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,874,778.97

---

**3.26** Nonpriority creditor's name and mailing address

Marshall T. Savage Dynasty Trust

11710 N. Avondale Loop
Hayden, Idaho 83835

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  loan

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,565,753.21

---

| Debtor | Savage Resources, LLC | Case number (if known) |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.27** Nonpriority creditor's name and mailing address

Middle Fork Minerals LLC

P O Box 1989
Casper, Wyoming 82602

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Royalties

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.28** Nonpriority creditor's name and mailing address

Midhill, a Partnership

P O Box 2680
Casper, Wyoming 82602

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Royalties

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.29** Nonpriority creditor's name and mailing address

Omaha Beach LLC

c/o Thomas Niebrugge 9981 E. Progress Circle
Greenwood Village, Colorado 80111

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Royalties

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.30** Nonpriority creditor's name and mailing address

Peter C. Freeman

3415 S. Clayton Blvd.
Englewood, Colorado 80113-7611

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Royalties

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.31** Nonpriority creditor's name and mailing address

Red Dog Systems, Inc.

639 5th Avenue SW, Suite 1100
Calgary, Canada AB T2P 0M9

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

Debtor   <u>Savage Resources, LLC</u>
         Name

Case number *(if known)*_____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.32** Nonpriority creditor's name and mailing address
<u>Red Rock Gathering Company, LLC</u>

<u>999 18th Street, Suite 3400S</u>
<u>Denver, Colorado  80202</u>

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: <u>transportation charges</u>

Is the claim subject to offset?
☐ No
☒ Yes

$ 72,250.41

---

**3.33** Nonpriority creditor's name and mailing address
<u>Red Rock Gathering Company, LLC</u>

<u>999 18th Street, Suite 3400S</u>
<u>Denver, Colorado 80202</u>

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: <u>throughput penalty</u>

Is the claim subject to offset?
☐ No
☒ Yes

$ 698,518.27

---

**3.34** Nonpriority creditor's name and mailing address
<u>Roy E. Savage</u>

<u>1122-293 Road</u>
<u>Rifle, Colorado 81650</u>

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>loan</u>

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,169,896.21

---

**3.35** Nonpriority creditor's name and mailing address
<u>Roy E. Savage Dynasty Trust</u>

<u>1122-293 Road</u>
<u>Rifle, Colorado 81650</u>

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: <u>loan</u>

Is the claim subject to offset?
☒ No
☐ Yes

$ 2,592,984.16

---

**3.36** Nonpriority creditor's name and mailing address
<u>State of Colorado, Oil and Gas Conservation Commission</u>

<u>1120 Lincoln Street, Suite #801</u>
<u>Denver, Colorado 80203</u>

Date or dates debt was incurred  _____
Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

| | |
|---|---|
| Debtor | Savage Resources, LLC |
| | Name |

Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.37** Nonpriority creditor's name and mailing address

Susan Heiss

P O Box 2680
Casper, Wyoming 82602

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Royalties

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.38** Nonpriority creditor's name and mailing address

Tami A. Savage

11710 N. Avondale Loop
Hayden, Idaho 83835

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 283,249.69

---

**3.39** Nonpriority creditor's name and mailing address

Trinity Petroleum Management LLC

1660 Lincoln Street, Suite 2100
Denver, Colorado 80265

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

---

**3.40** Nonpriority creditor's name and mailing address

Wells Fargo Bank, N.A. WF Business Direct

P. O. Box 29482
Phoenix, Arizona 85038-8650

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: loan

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

**3.41** Nonpriority creditor's name and mailing address

William Heiss

P O Box 2680
Casper, Wyoming 82602

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Royalties

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 0.00

---

Debtor   <u>Savage Resources, LLC</u>                          Case number *(if known)* _____
         Name

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                          **Amount of claim**

---

**3.42** Nonpriority creditor's name and mailing address

<u>WPX Energy Inc.</u>

<u>21237 Network Place</u>
<u>Chicago, Illinois 60673-1212</u>

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  <u>JOAs</u>

Date or dates debt was incurred        _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☒ Yes

$ <u>582,456.58</u>

---

**3.43** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred        _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ <u>0.00</u>

---

**3.44** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred        _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.45** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred        _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

**3.46** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred        _____

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☐ No
☐ Yes

$_____

---

Debtor      Savage Resources, LLC _____      Case number (if known)_____
                    Name

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1. | Fairfield and Woods, P.C.<br>Constance D. Smith, Esq., 1801 California Street, Suite 2600<br>Denver, Colorado 80202-2645 | Line 3.3<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.2. | Davis Graham & Stubbs LLP<br>Laura Gill, Esq., 1550 17th Street, Suite 500<br>Denver, Colorado 80202 | Line 3.4<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.3. | Akerman LLP<br>Melissa L. Cizmorris, Esq., 1400 Wewatta Street, Suite 500<br>Denver, Colorado 80202 | Line 3.32<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.4. | Akerman LLP<br>Amy M. Leitch, Esq., 50 North Laura Street, Suite 3100<br>Jacksonville, Florida 32202-3646 | Line 3.32<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.5. | Akerman LLP<br>Melissa L. Cizmorris, Esq., 1400 Wewatta Street, Suite 500<br>Denver, Colorado 80202 | Line 3.33<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.6. | Akerman LLP<br>Amy M. Leitch, Esq., 50 North Laura Street, Suite 3100<br>Jacksonville, Florida 32202-3646 | Line 3.33<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.7. | | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.8. | | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.9. | | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.10. | | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.11. | | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| 4.12. | | Line ___<br>☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor   Savage Resources, LLC                        Case number *(if known)*_____
       Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|--|--|------------------------|
| 5a. **Total claims from Part 1** | 5a. | $ 60,000.00 |
| 5b. **Total claims from Part 2** | 5b. **+** | $ 31,389,565.22 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 31,449,565.22 |

**Fill in this information to identify the case:**

Debtor name ___Savage Resources, LLC___

United States Bankruptcy Court for the: ___Colorado___

Case number (If known): _____   Chapter ___7___

☐ Check if this is an
amended filing

## Official Form 206G
# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**

| | | | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|---|

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Service Agreement with Enterprise Gas | | Enterprise Gas Processing, LLC |
|---|---|---|---|---|
| | | See Attachment 1 | | 1100 Louisana St. |
| | State the term remaining | January 1, 2028 | | |
| | List the contract number of any government contract | | | Houston          Texas          77002 |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Joint Exploration and Development | | Caerus Oil and Gas LLC |
|---|---|---|---|---|
| | | See Attachment 2 | | 1001 Seventeenth Street, Suite 1600 |
| | State the term remaining | May 21, 2017 | | |
| | List the contract number of any government contract | | | Denver          Colorado          80202 |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | Gas Gathering Agreement with Canyon | | Red Rock Gathering Company |
|---|---|---|---|---|
| | | See Attachment 3 | | 999 18th Street, Suite 3400S |
| | State the term remaining | See Attachment 3 | | |
| | List the contract number of any government contract | | | Denver          Colorado          80202 |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Joint Operating Agreement with Williams | | WPX Energy Inc. |
|---|---|---|---|---|
| | | See Attachment 4 | | 21237 Network Pl. |
| | State the term remaining | indefinte | | |
| | List the contract number of any government contract | | | Chicago          Illinois          60673-1212 |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Joint Operating Agreement with Williams | | WPX Energy Inc. |
|---|---|---|---|---|
| | | See Attachment 5 | | 21237 Network Pl. |
| | State the term remaining | indefinte | | |
| | List the contract number of any government contract | | | Chicago          Illinois          60673-1212 |

Debtor    Savage Resources, LLC                                          Case number (if known)_____
          _____
          Name

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | Joint Operating Agreement with Williams |  |
| | | See Attachment 6 | 21237 Network Pl. |
| | State the term remaining | indefinite | |
| | List the contract number of any government contract | | Chicago                    Illinois        60673-1212 |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Joint Operating Agreement with Noble |  |
| | | See Attachment 7 | 1001 Seventeenth Street, Suite 1600 |
| | State the term remaining | indefinite | |
| | List the contract number of any government contract | | Denver                    Colorado        80202 |

| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Joint Operating Agreement with Noble |  |
| | | See Attachment 8 | 1001 Seventeenth Street, Suite 1600 |
| | State the term remaining | indefinite | |
| | List the contract number of any government contract | | Denver                    Colorado        80202 |

| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Joint Operating Agreement with Noble |  |
| | | See Attachment 9 | 1001 Seventeenth Street, Suite 1600 |
| | State the term remaining | indefinite | |
| | List the contract number of any government contract | | Denver                    Colorado        80202 |

| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | Gas Marketing Agreement between Joan |  |
| | | See Attachment 10 | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | Exclusive Site Lease granted to Savage |  |
| | | See Attachment 11 | |
| | State the term remaining | December 2027 | |
| | List the contract number of any government contract | | |

| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | Agreement to Consolidate Leasehold |  |
| | | See Attachment 12 | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor   Savage Resources, LLC
         _____
         Name

Case number (if known)_____

| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |

**2.13**
State what the contract or lease is for and the nature of the debtor's interest    Oil and Gas Lease dated June 13, 2007, _____

See Attachment 13 _____

State the term remaining    _____

List the contract number of any government contract    _____

**2.14**
State what the contract or lease is for and the nature of the debtor's interest    Oil and Gas Lease dated June 13, 2007, _____

See Attachment 14 _____

State the term remaining    _____

List the contract number of any government contract    _____

**2.15**
State what the contract or lease is for and the nature of the debtor's interest    Oil and Gas Lease dated June 13, 2007, _____

See Attachment 15 _____

State the term remaining    _____

List the contract number of any government contract    _____

**2.16**
State what the contract or lease is for and the nature of the debtor's interest    Oil and Gas Lease dated June 13, 2007, _____

See Attachment 16 _____

State the term remaining    _____

List the contract number of any government contract    _____

**2.17**
State what the contract or lease is for and the nature of the debtor's interest    Oil and Gas Lease dated June 13, 2007, _____

See Attachment 17 _____

State the term remaining    _____

List the contract number of any government contract    _____

**2.18**
State what the contract or lease is for and the nature of the debtor's interest    Oil and Gas Lease dated June 13, 2007, _____

See Attachment 18 _____

State the term remaining    _____

List the contract number of any government contract    _____

**2.19**
State what the contract or lease is for and the nature of the debtor's interest    Oil and Gas Lease dated June 13, 2007, _____

See Attachment 19 _____

State the term remaining    _____

List the contract number of any government contract    _____

Debtor    Savage Resources, LLC             Case number (if known) _____
          Name

**▮ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.20**
State what the contract or lease is for and the nature of the debtor's interest    Oil and Gas Lease dated June 13, 2007,    See Attachment 20

State the term remaining

List the contract number of any government contract

**2.21**
State what the contract or lease is for and the nature of the debtor's interest    Oil and Gas Lease dated June 13, 2007,    See Attachment 21

State the term remaining

List the contract number of any government contract

**2.22**
State what the contract or lease is for and the nature of the debtor's interest    Oil and Gas Lease dated June 13, 2007,    See Attachment 22

State the term remaining

List the contract number of any government contract

**2.23**
State what the contract or lease is for and the nature of the debtor's interest    Oil and Gas Lease dated June 13, 2007,    See Attachment 23

State the term remaining

List the contract number of any government contract

**2.24**
State what the contract or lease is for and the nature of the debtor's interest    Oil and Gas Lease dated June 13, 2007,    See Attachment 24

State the term remaining

List the contract number of any government contract

**2.25**
State what the contract or lease is for and the nature of the debtor's interest    Oil and Gas Lease dated June 13, 2007,    See Attachment 25

State the term remaining

List the contract number of any government contract

**2.26**
State what the contract or lease is for and the nature of the debtor's interest    COC67544, Oil and Gas Lease dated    See Attachment 26

State the term remaining

List the contract number of any government contract

| Debtor | Savage Resources, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

**2.27**
State what the contract or lease is for and the nature of the debtor's interest
COC66921, Oil and Gas Lease dated
See Attachment 27

State the term remaining

List the contract number of any government contract

**2.28**
State what the contract or lease is for and the nature of the debtor's interest
Oil and Gas Lease dated December 20,
See Attachment 28

State the term remaining

List the contract number of any government contract

**2.29**
State what the contract or lease is for and the nature of the debtor's interest
Oil and Gas Lease dated November 18,
See Attachment 29

State the term remaining

List the contract number of any government contract

**2.30**
State what the contract or lease is for and the nature of the debtor's interest
Oil and Gas Lease dated December 20,
See Attachment 30

State the term remaining

List the contract number of any government contract

**2.31**
State what the contract or lease is for and the nature of the debtor's interest
Oil and Gas Lease dated June 21, 2004,
See Attachment 31

State the term remaining

List the contract number of any government contract

**2.32**
State what the contract or lease is for and the nature of the debtor's interest
Oil and Gas Lease dated April 19, 2006,
See Attachment 32

State the term remaining

List the contract number of any government contract

**2.33**
State what the contract or lease is for and the nature of the debtor's interest
COC070016, Oil and Gas Lease dated
See Attachment 33

State the term remaining

List the contract number of any government contract

| Debtor | Savage Resources, LLC | Case number (if known) |
|---|---|---|
| | Name | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|

**2.34**
State what the contract or lease is for and the nature of the debtor's interest
COC67543, Oil and Gas Lease dated
See Attachment 34

State the term remaining

List the contract number of any government contract

**2.35**
State what the contract or lease is for and the nature of the debtor's interest
Amended and Restated Oil and Gas
See Attachment 35

State the term remaining

List the contract number of any government contract

**2.36**
State what the contract or lease is for and the nature of the debtor's interest
Oil and Gas Lease dated December 12,
See Attachment 36

State the term remaining

List the contract number of any government contract

**2.37**
State what the contract or lease is for and the nature of the debtor's interest
Oil and Gas Lease dated December 12,
See Attachment 37

State the term remaining

List the contract number of any government contract

**2.38**
State what the contract or lease is for and the nature of the debtor's interest
Oil and Gas Lease dated November 17,
See Attachment 38

State the term remaining

List the contract number of any government contract

**2.39**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2.40**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

Attachment 1/6
Debtor: Savage Resources, LLC        Case No:

Attachment 1

Processing LLC to extract natural gas liquids.

Attachment 2

Agreement to develop natural gas and oil within a defined area of mutual interest;
Originally with Noble Energy. Agreement was assigned by Noble Energy to Caerus
Oil and Gas LLC.

Attachment 3

Resources, LLC to gather and ship natural gas. Originally with Canyon Resources, the
agreement was assigned to Red Rock Gathering Co. The term was originally until
February 28, 2016. Savage Resources considers the agreement to be terminated.
Effective March 1, 2016, Red Rock terminated gathering services and left Savage
Resources gas shut in at the well head.

Attachment 3

The term was extended until 2019 by Amendment. The Amendment is disputed.

Attachment 4

Production Co. for Section 32, T.6S, R. 94W., 6th PM. Williams is the operator of
wells that Savage Resources owns a working interest in on Section 32. Williams now
operates under the name WPX Energy Inc.

Attachment 5

Production Co. for section 6, T.7S, R. 94W., 6th PM. Williams is the operator of
wells that Savage Resources owns a working interest in on Section 6. Williams now
operates under the name WPX Energy Inc.

Attachment 6

Production Co. for section 7, T.7S, R. 94W., 6th PM. Williams is the operator of
wells that Savage Resources owns a working interest in on Section 7. Williams now
operates under the name WPX Energy Inc.

Attachment 7

Energy for section 5, T.7S, R. 94W., 6th PM. Noble was the operator of the wells that
Savage Resources owns a working interest in on Section 5. The JOA was assigned to
Caerus Oil and Gas LLC.

Attachment 8

Energy for section 8, T.7S, R. 94W., 6th PM. Noble was the operator of the wells that
Savage Resources owns a working interest in on Section 8. The JOA was assigned to

Attachment 2/6
Debtor: Savage Resources, LLC        Case No:

Caerus Oil and Gas LLC.

Attachment 9

Energy for section 17, T.7S, R. 94W., 6th PM. Noble was the operator of the wells that Savage Resources owns a working interest in on Section 17. The JOA was assigned to Caerus Oil and Gas LLC.

Attachment 10

L. Savage, and Savage Resources, LLC dated June 27, 2007. Joan L. Savage entered into the agreement as nominee for Buffalo Basin Limited Partnership. By letter agreement dated July 5, 2016, effective March 1, 2016, this Agreement was terminated.

Attachment 11

Resources, LLC executed by Joan L. Savage as nominee for Buffalo Basin Limited Partnership related to Gas Equipment on 5.74 acres in the NE 1/4 of Section 8, Township 7 South, Range 94 West, of the 6th Prinicipal Meridian, County of Garfield, State of Colorado. The Agreement was excuted on December 14, 2007 and has a 20 year term.

Attachment 12

Drilling Commitments Among Joan L. Savage, Charles B. Williams, William Baylor Barnett, Savage Resources, LLC, and Noble Energy, Inc., as amended and extended. Joan L. Savage entered into the Agreement as nominee for Buffalo Basin Limited Partnership. Noble Energy assigned this Agreement to Caerus Oil and Gas LLC. Pursuant to this Agreement, Savage Resources has a 48% interest in the leases described in items 2.14 through 2.36.

Attachment 13

by and between Joan L. Savage and Savage Resources, LLC covering lands in T7S-R94W, 6th P.M., Section 5, covering 240.00 acres, more or less, Memorandum of Lease recorded in Book 1947, Page 0502, Garfield County, Colorado.

Attachment 14

by and between Joan L. Savage and Savage Resources, LLC covering lands in T7S-R94W, 6th P.M., Section 8, covering approximately 200.00 acres, more or less, Memorandum of Lease recorded in Book 1947, Page 0504, Garfield County, Colorado.

Attachment 15

by and between Joan L. Savage and Savage Resources, LLC covering lands in

Attachment 3/6
Debtor: Savage Resources, LLC        Case No:

T7S-R94W, 6th P.M., Section 19, covering 248.58 acres, more or less, Memorandum of Lease recorded in Book 1947, Page 0506, Garfield County, Colorado.

Attachment 16

by and between Joan L. Savage and Savage Resources, LLC covering lands in T7S-R95W, 6th P.M., Section 24, covering approximately 382.00 acres, more or less, Memorandum of Lease recorded in Book 1947, Page 0508, Garfield County, Colorado.

Attachment 17

by and between Joan L. Savage and Savage Resources, LLC covering lands in T7S-R94W, 6th P.M., Section 29, covering approximately 631.49 acres, more or less, Memorandum of Lease recorded in Book 1947, Page 0520, Garfield County, Colorado.

Attachment 18

by and between Joan L. Savage and Savage Resources, LLC covering lands in T7S-R94W, 6th P.M., Section 30, covering approximately 150.64 acres, more or less, Memorandum of Lease recorded in Book 1947, Page 0524, Garfield County, Colorado.

Attachment 19

by and between Joan L. Savage and Savage Resources, LLC covering lands in T7S-R94W, 6th P.M., Section 32, covering approximately 134.65 acres, more or less, Memorandum of Lease recorded in Book 1947, Page 0510, Garfield County, Colorado

Attachment 20

by and between Charles B. Williams and Savage Resources, LLC covering lands in T7S-R94W, 6th P.M., Section 29, covering approximately 631.49 acres, more or less, Memorandum of Lease recorded in Book 1947, Page 0518, Garfield County, Colorado.

Attachment 21

by and between Charles B. Williams and Savage Resources, LLC covering lands in T7S-R94W, 6th P.M., Section 30, covering approximately 150.64 acres, more or less, Memorandum of Lease recorded in Book 1947, Page 0522, Garfield County, Colorado.

Attachment 22

by and between Charles B. Williams and Savage Resources, LLC covering lands in T7S-R94W, 6th P.M., Section 32, covering approximately 134.65 acres, more or less,

Attachment 4/6
Debtor: Savage Resources, LLC        Case No:

Memorandum of Lease recorded in Book 1947, Page 0512, Garfield County,
Colorado.

Attachment 23

by and between William Baylor Barnett and Savage Resources, LLC covering lands in
T7S-R94W, 6th P.M., Section 29, covering approximately 631.49 acres, more or less,
Memorandum of Lease recorded in Book 1947, Page 0514, Garfield County,
Colorado.

Attachment 24

by and between William Baylor Barnett and Savage Resources, LLC covering lands in
T7S-R94W, 6th P.M., Section 30, covering approximately 150.64 acres, more or less,
Memorandum of Lease recorded in Book 1947, Page 0526, Garfield County,
Colorado.

Attachment 25

by and between William Baylor Barnett and Savage Resources, LLC covering lands in
T7S-R94W, 6th P.M., Section 32, covering approximately 134.65 acres, more or less,
Memorandum of Lease recorded in Book 1947, Page 0516, Garfield County,
Colorado.

Attachment 26

effective September 1, 2004, from USA BLM to Apollo Energy LLC, covering
736.000 acres in T7S-R94W, 6th P.M., Sections 19, 20 and 30, Recorded in Book
1633, Page 118, Garfield County, Colorado. Q004965000.

Attachment 27

effective September 1, 2003, from USA BLM to Apollo Energy LLC, covering
723.180 acres in T7S-R94W, Sections 17 and 18, Recorded in Book 1539, Page 174,
Garfield County, Colorado. Q004955000.

Attachment 28

2002, by and between Audrey J. Jones, Trustee of the Russell E. and Audrey J. Jones
Trust, U/T/A dated the 28th day of January, 1993 and Apollo Energy LLC, covering
147.49 acres in T7S-R94W, 6th P.M., Section 17, Recorded in Book 1425, Page 438,
Garfield County, Colorado. Q004950001.

Attachment 29

2002, by and between James R. Jones, Jr. and Lois D. Jones, husband and wife and
Apollo Energy LLC, covering 147.49 acres in T7S-R94W, 6th P.M., Section 17,
Recorded in Book 1425, Page 435, Garfield County, Colorado. Q004950002.

Attachment 5/6
Debtor: Savage Resources, LLC          Case No:

Attachment 30

2002, by and between Fern Mae Jones, as single woman and Apollo Energy LLC, covering 147.49 acres in T7S-R94W, 6th P.M., Section 17, Recorded in Book 1433, Page 108, Garfield County, Colorado. Q004950003.

Attachment 31

by and between Bernklau Family LLLP and Hilltop 2F2 Ranch, LLLP and Apollo Energy LLC, covering 147.49 acres in T7S-R94W, 6th P.M., Section 17, Recorded in Book 1598, Page 948, Garfield County, Colorado. Q004950004.

Attachment 32

by and between Double B. Ranch, LLC and Apollo Energy LLC, covering 80 acres in T7S-R94W, 6th P.M., Section 18, Recorded in Book 1803, Page 462, Garfield County, Colorado. Q007197002.

Attachment 33

effective June 1, 2007, from USA BLM to Neil Romano, covering approximately 50.48 acres in T7S-R94W, 6th P.M., Section 30, Recorded in Reception No. 734040, Garfield County, Colorado. Q017024000.

Attachment 34

effective September 1, 2004, from USA BLM to Presco Inc., covering approximately 12.27 acres in T7S-R94W, 6th P.M., Sections 29 and 32, Recorded in Book _____, Page _____, Garfield County, Colorado. Q009755000.

Attachment 35

Lease dated August 1, 2003, by and between Battlement Creek Ranch, LLc, and Presco, Inc., covering approximately 332.03 acres in T7S-R94W, 6th P.M., Section 19, 30, and approximately 131.34 acres in T7S-R94W, 6th P.M., Section 24, Recorded in Book 1553, Page 884, Garfield County, Colorado. Q009763000.

Attachment 36

2005, by and between Joan L. Savage and Savage Resources, LLC covering 80 acres in T7S-R94W, 6th P.M., Section 6, Recorded in Book No. 1767, Page 761, Garfield County, Colorado.

Attachment 37

2005, by and between Joan L. Savage and Savage Resources, LLC covering 80 acres in T7S-R94W, 6th P.M., Section 7, Recorded in Book No. 1767, Page 806, Garfield County, Colorado.

Attachment 6/6
Debtor: Savage Resources, LLC          Case No:

Attachment 38

> 2005, by and between Joan L. Savage and Savage Resources, LLC covering 240 acres in T6S-R94W, 6th P.M., Section 32, Recorded in Book No. 1767, Page 746, Garfield County, Colorado.

**Fill in this information to identify the case:**

Debtor name ___Savage Resources, LLC___

United States Bankruptcy Court for the: ___Colorado___

Case number (If known): _____

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, _Schedules D-G_. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| _Column 1:_ **Codebtor** | | _Column 2:_ **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 _____ | Street _____ <br> _____ <br> City _____ State _____ ZIP Code _____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> _____ <br> City _____ State _____ ZIP Code _____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> _____ <br> City _____ State _____ ZIP Code _____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> _____ <br> City _____ State _____ ZIP Code _____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | Street _____ <br> _____ <br> City _____ State _____ ZIP Code _____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | Street _____ <br> _____ <br> City _____ State _____ ZIP Code _____ | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name  Savage Resources, LLC

United States Bankruptcy Court for the:        Colorado

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☒   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☒   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☒   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☒   *Schedule H: Codebtors* (Official Form 206H)

☒   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206–Summary)

☐   Amended *Schedule* _____

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09/01/2016          ✗ s/Marshall Savage
                MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                 Marshall Savage
                                 Printed name

                                 President and Managing Member
                                 Position or relationship to debtor

**Local Bankruptcy Form 1007-2.1**

COLORADO

| | | |
|---|---|---|
| In re  Savage Resources, LLC _____ | ) | |
| | ) | |
| | ) | |
| Debtor | ) | Case No. _____ |
| | ) | |
| Address   14610 West Cornell Place _____ | ) | Chapter   7 _____ |
| Lakewood, Colorado 80228 _____ | ) | |
| | ) | |
| Last four digits of Social-Security or Individual | ) | |
| Tax-Payer-Identification (ITIN) No(s).,(if any): ___ | ) | |
| | | |
| Employer Tax-Identification (EIN) No(s).(if any): | | |
| 20-1885078 _____ | | |
| | ) | |

### VERIFICATION OF CREDITOR ADDRESS MAILING MATRIX

The above named debtor hereby verifies under penalty of perjury that the attached Creditor Address Mailing Matrix (list of creditors) is true and correct to the best of my knowledge.

Dated: September 1, 2016 _____

By: s/Marshall Savage _____
Signature of debtor
Marshall Savage, President and Managing Member _____
Printed name of debtor

By: ***E signature joint debtor TE*** _____
Signature of joint-debtor

_____
Printed name of joint-debtor
Home address 14610 West Cornell Place
Lakewood, Colorado 80228
Telephone number ***Debtor telephone TE***
Facsimile number ***Debtor fax TE***
E-mail address ***Debtor email address TE***

Akerman LLP
Amy M. Leitch, Esq.
50 North Laura Street, Suite 3100
Jacksonville, FL 32202-3646


Akerman LLP
Melissa L. Cizmorris, Esq.
1400 Wewatta Street, Suite 500
Denver, CO 80202


Ann B. Flanigan
651 Orchard Avenue
Santa Barbara, CA 93108-1522


Betsy R. Freeman
3415 S. Clayton Blvd.
Englewood, CO 80113-7611


Buffalo Basin Limited Partners
P. O. Box 1926
Rifle, CO 81650


Caerus Oil and Gas LLC
1001 Seventeenth Street, Suite 1600
Denver, CO 80202


Caerus Oil and Gas LLC
1001 Seventeenth Street, Suite 1600
Denver, CO 80202


Charles F. Weller
901 Amelia Street
Sugar Land, TX 77478

Colorado Department of Revenue
P. O. Box 17087
Denver, CO 80217-0087


Continuum Energy Services, LLC
1323 E. 71st Street, Suite 300
Tulsa, OK 74136


Daniel P. Flanigan
651 Orchard Avenue
Santa Barbara, CA 93108-1522


Daniel Savage
14610 W. Cornell Place
Lakewood, CO 80228


Daniel W. Savage
14610 W. Cornell Place
Lakewood, CO 80228


Daniel W. Savage Dynasty Trust
14610 W. Cornell Place
Lakewood, CO 80228


Daniel W. Stroock
55 Frost Street
Cambridge, MA 02140


Davis Graham & Stubbs LLP
Laura Gill, Esq.
1550 17th Street, Suite 500
Denver, CO 80202


Ellen S. Freeman
3415 S. Clayton Blvd.
Englewood, CO 80113-7611

Enterprise Gas Processing, LLC
1100 Louisiana Street
Houston, TX 77002


Enterprise Gas Processing, LLC
1100 Louisana St.
Houston, TX 77002


Eva C. Weller
901 Amelia Street
Sugar Land, TX 77478


Fairfield and Woods, P.C.
Constance D. Smith, Esq.
1801 California Street, Suite 2600
Denver, CO 80202-2645


Fort Worth-Alliant Insurance Services, I
701 B Street, 6th Floor
San Diego, CA 92101


Harper Hofer & Assoc., LLC
1580 Lincoln Street, Suite 1100
Denver, CO 80203


Joan L. Savage
1122-293 Road
Rifle, CO 81650


John W. Savage
P. O. Box 1926
Rifle, CO 81650


John W. Savage Dynasty Trust
P. O. Box 1926
Rifle, CO 81650

JOJO Properties Ltd.
P. O. Box 1926
Rifle, CO 81650


Karsh Consulting PC
650 S. Cherry Street, Suite 500
Denver, CO 80246


Kenneth A. Breitenbach
410 17th Street, #1151
Denver, CO 80202


Laura S. Marion
1844 Orchard Avenue
Boulder, CO 80304


Malu Lani Oil & Gas Company, Inc.
P O Box 621128
Littleton, CO 80162-1128


Marshall Savage
11710 N. Avondale Loop
Hayden, ID 83835


Marshall T. Savage
11710 N. Avondale Loop
Hayden, ID 83835


Marshall T. Savage Dynasty Trust
11710 N. Avondale Loop
Hayden, ID 83835


Middle Fork Minerals LLC
P O Box 1989
Casper, WY 82602

Midhill, a Partnership
P O Box 2680
Casper, WY 82602


Omaha Beach LLC
c/o Thomas Niebrugge
9981 E. Progress Circle
Greenwood Village, CO 80111


Peter C. Freeman
3415 S. Clayton Blvd.
Englewood, CO 80113-7611


Red Dog Systems, Inc.
639 5th Avenue SW, Suite 1100
Calgary, Canada AB T2P 0M9


Red Rock Gathering Company
999 18th Street, Suite 3400S
Denver, CO 80202


Red Rock Gathering Company, LLC
999 18th Street, Suite 3400S
Denver, CO 80202


Red Rock Gathering Company, LLC
999 18th Street, Suite 3400S
Denver, CO 80202


Roy E. Savage
1122-293 Road
Rifle, CO 81650


Roy E. Savage Dynasty Trust
1122-293 Road
Rifle, CO 81650

State of Colorado, Oil and Gas Conservat
1120 Lincoln Street, Suite #801
Denver, CO 80203


Susan Heiss
P O Box 2680
Casper, WY 82602


Tami A. Savage
11710 N. Avondale Loop
Hayden, ID 83835


Trinity Petroleum Management LLC
1660 Lincoln Street, Suite 2100
Denver, CO 80265


Wells Fargo Bank, N.A. WF Business Direc
P. O. Box 29482
Phoenix, AZ 85038-8650


William Heiss
P O Box 2680
Casper, WY 82602


WPX Energy Inc.
21237 Network Place
Chicago, IL 60673-1212


WPX Energy Inc.
21237 Network Pl.
Chicago, IL 60673-1212