# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO
## DENVER DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Savage Resources, Llc | § | Case No. 16-18730-EEB |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

TOM H. CONNOLLY, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 0.00                           Assets Exempt: NA
*(Without deducting any secured claims)*

Total Distributions to Claimants:  1,766,387.25   Claims Discharged
                                                  Without Payment:  NA

Total Expenses of Administration:  1,827,204.22

---

3) Total gross receipts of $ 3,593,591.47  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 3,593,591.47  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,827,204.22 | 1,827,204.22 | 1,827,204.22 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 60,000.00 | 37,779.08 | 39,560.52 | 30,665.84 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 31,389,565.22 | 35,537,197.31 | 35,537,197.31 | 1,735,721.41 |
| TOTAL DISBURSEMENTS | $ 31,449,565.22 | $ 37,402,180.61 | $ 37,403,962.05 | $ 3,593,591.47 |

4) This case was originally filed under chapter 7 on 09/01/2016 . The case was pending for 12 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/22/2017     By:/s/TOM H. CONNOLLY, TRUSTEE
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Interest in Wells listed on Schedule B attachment | 1129-000 | 3,558,704.69 |
| Sherman & Howard LLC retainer | 1129-000 | 15,351.62 |
| Wells Fargo Bank Checking | 1129-000 | 1,418.84 |
| Credit from State of Colorado for Ad Valorem Taxes December | 1224-000 | 14,181.00 |
| Post-Petition Production of Oil | 1229-000 | 3,935.32 |
| **TOTAL GROSS RECEIPTS** | | **$ 3,593,591.47** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOM H. CONNOLLY | 2100-000 | NA | 117,623.26 | 117,623.26 | 117,623.26 |
| TOM H. CONNOLLY | 2200-000 | NA | 5,547.48 | 5,547.48 | 5,547.48 |
| Buffalo Basin Limited Partnership | 2500-000 | NA | 187,935.70 | 187,935.70 | 187,935.70 |
| Caerus Piceance LLC | 2500-000 | NA | 285,013.83 | 285,013.83 | 285,013.83 |
| Enterprise Gas Processing, LLC | 2500-000 | NA | 29,848.49 | 29,848.49 | 29,848.49 |
| Tep Rocky Mountain Llc | 2500-000 | NA | 625,391.54 | 625,391.54 | 625,391.54 |
| Terra Energy Partners, LLC | 2500-000 | NA | 58,704.69 | 58,704.69 | 58,704.69 |
| Wells Fargo Energy Capital, Inc. | 2500-000 | NA | 29,963.24 | 29,963.24 | 29,963.24 |
| Caerus Piceance LLC | 2500-002 | NA | 447,816.00 | 447,816.00 | 447,816.00 |
| First National Bank - Vinita | 2600-000 | NA | 8,268.49 | 8,268.49 | 8,268.49 |
| Colorado Department of Revenue | 2820-000 | NA | 1,274.00 | 1,274.00 | 1,274.00 |
| Harper Hofer & Associates, LLC | 3410-000 | NA | 25,000.00 | 25,000.00 | 25,000.00 |
| Trinity Petroleum Management LLC | 3410-000 | NA | 4,806.50 | 4,806.50 | 4,806.50 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trinity Petroleum Management LLC | 3420-000 | NA | 11.00 | 11.00 | 11.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,827,204.22 | $ 1,827,204.22 | $ 1,827,204.22 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 10A | Daniel Savage | 5300-000 | 30,000.00 | 12,475.00 | 12,475.00 | 8,027.66 |
| | Electronic Federal Payment System | 5300-000 | NA | 10,803.36 | 10,803.36 | 10,803.36 |
| 8A | Marshall Savage | 5300-000 | 30,000.00 | 12,475.00 | 12,475.00 | 8,027.66 |
| | COGCC | 5800-000 | 0.00 | 206.02 | 206.02 | 206.02 |
| | Colorado Department of Revenue | 5800-000 | NA | 1,670.00 | 1,670.00 | 1,670.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | COLORADO STATE TREASURER | 5800-000 | NA | NA | 1,781.44 | 1,781.44 |
| | Federal Electronic Tax Payment System | 5800-000 | NA | 149.70 | 149.70 | 149.70 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 60,000.00 | $ 37,779.08 | $ 39,560.52 | $ 30,665.84 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ann B. Flanigan | | 0.00 | NA | NA | 0.00 |
| | Betsy R. Freeman | | 0.00 | NA | NA | 0.00 |
| | Charles F. Weller | | 0.00 | NA | NA | 0.00 |
| | Colorado Department of Revenue | | 0.00 | NA | NA | 0.00 |
| | Continuum Energy Services, LLC | | 0.00 | NA | NA | 0.00 |
| | Daniel P. Flanigan | | 0.00 | NA | NA | 0.00 |
| | Ellen S. Freeman | | 0.00 | NA | NA | 0.00 |
| | Eva C. Weller | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Fort Worth-Alliant Insurance Services, Inc. | | 0.00 | NA | NA | 0.00 |
| | Harper Hofer & Assoc., LLC | | 0.00 | NA | NA | 0.00 |
| | JOJO Properties Ltd | | 4,881,851.74 | NA | NA | 0.00 |
| | Karsh Consulting PC | | 0.00 | NA | NA | 0.00 |
| | Kenneth A. Breitenbach | | 0.00 | NA | NA | 0.00 |
| | Laura S. Marion | | 0.00 | NA | NA | 0.00 |
| | Malu Lani Oil & Gas Company, Inc. | | 0.00 | NA | NA | 0.00 |
| | Middle Fork Minerals LLC | | 0.00 | NA | NA | 0.00 |
| | Midhill, a Partnership | | 0.00 | NA | NA | 0.00 |
| | Omaha Beach LLC | | 0.00 | NA | NA | 0.00 |
| | Peter C. Freeman | | 0.00 | NA | NA | 0.00 |
| | Red Dog Systems Inc. | | 0.00 | NA | NA | 0.00 |
| | Red Rock Gathering Company LLC | | 72,250.41 | NA | NA | 0.00 |
| | Susan Heiss | | 0.00 | NA | NA | 0.00 |
| | Wells Fargo Bank NA WF Business Direct | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | William Heiss | | 0.00 | NA | NA | 0.00 |
| | WPX Energy Inc. | | 582,456.58 | NA | NA | 0.00 |
| 14 | Buffalo Basin Limited Partnership | 7100-000 | 29,230.81 | 0.00 | 0.00 | 0.00 |
| 17 | Caerus Piceance Llc | 7100-000 | 294,386.70 | 0.00 | 0.00 | 0.00 |
| 10B | Daniel Savage | 7100-000 | 3,265,729.17 | 5,740,870.48 | 5,740,870.48 | 280,397.80 |
| 7 | Daniel W. Stroock | 7100-000 | 1,277,684.52 | 1,352,020.27 | 1,352,020.27 | 66,035.89 |
| 18 | Enterprise Gas Processing, LLC | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 3 | Enterprise Gas Processing, LLC | 7100-000 | 29,848.49 | 0.00 | 0.00 | 0.00 |
| 11 | Joan L. Savage | 7100-000 | 3,587,111.97 | 17,401.12 | 17,401.12 | 849.91 |
| 5 | John W. Savage, Jr. | 7100-000 | 1,546,443.33 | 4,746,188.91 | 4,746,188.91 | 231,815.18 |
| 6 | John W. Savage, Jr. | 7100-000 | 88,782.00 | 2,937,867.27 | 2,937,867.27 | 143,492.44 |
| 8B | Marshall Savage | 7100-000 | 2,565,753.21 | 5,348,627.36 | 5,348,627.36 | 261,239.71 |
| 4 | Marshall T. Savage | 7100-000 | 2,874,778.97 | 1,266,456.58 | 1,266,456.58 | 61,856.76 |
| 16 | Red Rock Gathering Company, LLC | 7100-000 | 698,518.27 | 4,511,487.72 | 4,511,487.72 | 220,351.80 |
| 12 | Roy E. Savage | 7100-000 | 2,592,984.16 | 1,292,948.91 | 1,292,948.91 | 63,150.71 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 13 | Roy E. Savage | 7100-000 | 4,169,896.21 | 6,789,257.84 | 6,789,257.84 | 331,603.53 |
| 9 | Savage Dynasty Trust | 7100-000 | 2,548,608.99 | 1,249,777.40 | 1,249,777.40 | 61,042.11 |
| 2 | Tami A. Savage | 7100-000 | 283,249.69 | 284,293.45 | 284,293.45 | 13,885.57 |
| 15 | Tep Rocky Mountain Llc | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 1 | Trinity Petroleum Management LLC | 7100-000 | 0.00 | 0.00 | 0.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 31,389,565.22 | $ 35,537,197.31 | $ 35,537,197.31 | $ 1,735,721.41 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 16-18730 | EEB | Judge: | Elizabeth E. Brown | Trustee Name: | TOM H. CONNOLLY, TRUSTEE |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Savage Resources, Llc | | | | Date Filed (f) or Converted (c): | 09/01/2016 (f) |
| | | | | | 341(a) Meeting Date: | 09/28/2016 |
| For Period Ending: | 09/22/2017 | | | | Claims Bar Date: | 12/13/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Wells Fargo Bank Checking | 1,437.51 | 1,418.84 | | 1,418.84 | FA |
| 2. Sherman & Howard LLC retainer | 15,351.62 | 15,351.62 | | 15,351.62 | FA |
| 3. 48% interest in infrastructure | Unknown | 0.00 | | 0.00 | FA |
| 4. Interest in Wells listed on Schedule B attachment | Unknown | 3,500,000.00 | | 3,558,704.69 | FA |
| 5. Interest in leases listed on Schedule B attachment | Unknown | 0.00 | | 0.00 | FA |
| 6. Internet domain names and websites | 0.00 | 0.00 | | 0.00 | FA |
| 7. Counterclaim filed against Red Rock Gathering Company, LLC | Unknown | 0.00 | | 0.00 | FA |
| 8. Gas imbalances | Unknown | 0.00 | | 0.00 | FA |
| 9. Post-Petition Production of Oil (u) | 3,935.32 | 3,935.32 | | 3,935.32 | FA |
| 10. Credit from State of Colorado for Ad Valorem Taxes December (u) | 14,181.00 | 14,181.00 | | 14,181.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $34,905.45  $3,534,886.78  $3,593,591.47  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

September 7, 2017; TDR sent to UST.

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 3 | -- | Savage Resources holds a 48% interest in the Piceance SL & 8D Pipeline and also holds a 48% interest in a compression plant. |
| RE PROP # | 4 | -- | Savage Resources has a working interest in the following wells. These wells are located on properties located in Garfield County, Colorado that are subject to oil and gas leases with Savage Resources as the lessor. |
| RE PROP # | 5 | -- | Savage Resources has a 48%interest in the following leases based on across-Assignment and Stipulation of Interest effective June 27, 2007, by and between Noble Energy, Inc. and Savage Resources, LLC, as amended and extended, recorded on January 25, 2008, at Reception No. 741837 in the real property records for Garfield County, Colorado (Noble Energy assigned its rights to Caerus Oil and Gas, LLC).<br><br>This asset was included in sale of Asset No. 4. |
| RE PROP # | 6 | -- | savageresources.com~ savageresources.org; savageresources.net |

Initial Projected Date of Final Report (TFR): 06/30/2017        Current Projected Date of Final Report (TFR): 06/30/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 16-18730 | Trustee Name: | TOM H. CONNOLLY, TRUSTEE | Exhibit 9 |
|---|---|---|---|---|
| Case Name: | Savage Resources, Llc | Bank Name: | First National Bank - Vinita | |
| | | Account Number/CD#: | XXXXXX2825 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX5078 | Blanket Bond (per case limit): | $47,027,358.00 | |
| For Period Ending: | 09/22/2017 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/09/16 | 2 | Sherman & Howard LLC | Funds held in retainer | 1129-000 | $15,351.62 | | $15,351.62 |
| 09/13/16 | 1 | Marshall T. Savage | Bank Account Funds | 1129-000 | $1,418.84 | | $16,770.46 |
| 10/07/16 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.29 | $16,760.17 |
| 11/07/16 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $17.80 | $16,742.37 |
| 11/09/16 | 9 | Caerus Operating, LLC | Payment for oil production | 1229-000 | $2,603.17 | | $19,345.54 |
| 11/29/16 | 10 | State of Colorado | Ad valorem credit refund | 1224-000 | $14,181.00 | | $33,526.54 |
| 11/29/16 | 9 | Caerus Operating, LLC | Payment for oil production | 1229-000 | $1,332.15 | | $34,858.69 |
| 12/07/16 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.61 | $34,839.08 |
| 12/15/16 | 4 | Caerus Piceance LLC | Sale/Funds Received by the Estate | 1129-000 | $350,000.00 | | $384,839.08 |
| 01/09/17 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $240.76 | $384,598.32 |
| 02/01/17 | | Caerus Piceance LLC | Sale/Funds Received by the Estate | | $2,417,170.17 | | $2,801,768.49 |
| | | | Gross Receipts $3,150,000.00 | | | | |
| | | | Upward Adjustments $13,395.50 | 2500-000 | | | |
| | | | Downward Adjustments ($131,276.10) | 2500-000 | | | |
| | | | Upward/Downward Adjustments ($185,112.24) | 2500-000 | | | |
| | | | Credit Bid ($447,816.00) | 2500-002 | | | |

| | Page Subtotals: | $2,802,056.95 | $288.46 |
|---|---|---|---|

UST Form 101-7-TDR (10/1/2010)  *(Page: 12)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 16-18730 | Trustee Name: | TOM H. CONNOLLY, TRUSTEE |
| --- | --- | --- | --- |
| Case Name: | Savage Resources, Llc | Bank Name: | First National Bank - Vinita |
| | | Account Number/CD#: | XXXXXX2825 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5078 | Blanket Bond (per case limit): | $47,027,358.00 |
| For Period Ending: | 09/22/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Cure Costs to Buffalo Basin | $17,979.01 | 2500-000 | | | |
| | 4 | | Interest in Wells listed on Schedule B attachment | $3,150,000.00 | 1129-000 | | | |
| 02/01/17 | 101 | Tep Rocky Mountain Llc<br>Leann O. Moses<br>1100 Poydras Street<br>Suite 3100<br>New Orleans, La 70163 | Pre-Effective Time Cure Costs | | 2500-000 | | $156,610.32 | $2,645,158.17 |
| 02/01/17 | 102 | Buffalo Basin Limited Partnership<br>PO Box 1926<br>Rifle, CO 81650 | Post-Effective Time Cure Costs | | 2500-000 | | $17,979.01 | $2,627,179.16 |
| 02/07/17 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $408.37 | $2,626,770.79 |
| 02/10/17 | 103 | Buffalo Basin Limited Partnership<br>PO Box 1926<br>Rifle, CO 81650 | Pre-Effective Time Cure Costs | | 2500-000 | | $169,956.69 | $2,456,814.10 |
| 02/17/17 | 104 | Enterprise Gas Processing, LLC<br>c/o Lisa J. Mellencamp<br>1100 Louisiana St.<br>Houston, TX 77002 | Cure amount Per Order Sale Order 1-30-17 | | 2500-000 | | $29,848.49 | $2,426,965.61 |
| 02/23/17 | 105 | COGCC<br>1120 Lincoln St., Suite 801<br>Denver, CO 80203 | OGCC Payor Number 10108 | | 5800-000 | | $206.02 | $2,426,759.59 |
| 02/23/17 | 106 | Colorado Department of Revenue<br>Denver, CO 80261-0007 | Colorado Acct # 266680600 | | 2820-000 | | $1,274.00 | $2,425,485.59 |
| 02/23/17 | 107 | Colorado Department of Revenue<br>Denver, CO 80261-0007 | Colorado Acct # 266680600 | | 5800-000 | | $1,670.00 | $2,423,815.59 |
| 03/07/17 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | | 2600-000 | | $2,567.07 | $2,421,248.52 |
| 03/23/17 | 108 | Terra Energy Partners, LLC<br>21237 Network Pl<br>Chicago, IL 60673-1212 | Post-Effective Time Cure Costs | | 2500-000 | | $58,704.69 | $2,362,543.83 |

Page Subtotals: $0.00 $439,224.66

UST Form 101-7-TDR (10/1/2010) (Page: 13)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 16-18730 | Trustee Name: | TOM H. CONNOLLY, TRUSTEE |
|---|---|---|---|
| Case Name: | Savage Resources, Llc | Bank Name: | First National Bank - Vinita |
| | | Account Number/CD#: | XXXXXX2825 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX5078 | Blanket Bond (per case limit): | $47,027,358.00 |
| For Period Ending: | 09/22/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/17 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $2,571.05 | $2,359,972.78 |
| 04/11/17 | 109 | Harper Hofer & Associates, LLC 1580 Lincoln Street, Ste. 1100 Denver, CO 80203 | Accountants fees | 3410-000 | | $12,500.00 | $2,347,472.78 |
| 04/24/17 | 4 | Caerus Operating LLC | Sale/Funds Received by the Estate | 1129-000 | $58,704.69 | | $2,406,177.47 |
| 05/05/17 | | First National Bank - Vinita | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $2,433.54 | $2,403,743.93 |
| 05/10/17 | 110 | Wells Fargo Energy Capital, Inc. | Payment per Settlement Agreement to be included in costs of sale of estate's interest in 190 wells. Approved per order of the Court on 5/2/17. | 2500-000 | | $29,963.24 | $2,373,780.69 |
| 05/22/17 | 111 | Tep Rocky Mountain Llc Leann O. Moses 1100 Poydras Street Suite 3100 New Orleans, La 70163 | Pre-Effective Time Cure Costs | 2500-000 | | $468,781.22 | $1,904,999.47 |
| 06/14/17 | 112 | Harper Hofer & Associates, LLC 1580 Lincoln Street, Ste. 1100 Denver, CO 80203 | Accountant fees | 3410-000 | | $12,500.00 | $1,892,499.47 |
| 06/21/17 | 113 | Trinity Petroleum Management LLC 1660 Lincoln Street, Suite 2100 Denver, Co 80264 | Accountant fees | 3410-000 | | $4,806.50 | $1,887,692.97 |
| 06/21/17 | 114 | Trinity Petroleum Management LLC 1660 Lincoln Street, Suite 2100 Denver, Co 80264 | Accountant expenses | 3420-000 | | $11.00 | $1,887,681.97 |
| 06/27/17 | 115 | TOM H. CONNOLLY 950 Spruce Street, Suite1C Louisville, CO 80027 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $117,623.26 | $1,770,058.71 |
| 06/27/17 | 116 | TOM H. CONNOLLY 950 Spruce Street, Suite1C Louisville, CO 80027 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $5,547.48 | $1,764,511.23 |

Page Subtotals: $58,704.69 $656,737.29

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 16-18730 | Trustee Name: TOM H. CONNOLLY, TRUSTEE | Exhibit 9 |
| Case Name: Savage Resources, Llc | Bank Name: First National Bank - Vinita | |
| | Account Number/CD#: XXXXXX2825 | |
| | Checking | |
| Taxpayer ID No: XX-XXX5078 | Blanket Bond (per case limit): $47,027,358.00 | |
| For Period Ending: 09/22/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/27/17 | 117 | Marshall Savage<br>11710 N. Avondale Loop<br>Hayden, ID 83835 | Final distribution to claim 8 representing a payment of 100.00 % per court order. | 5300-000 | | $7,450.07 | $1,757,061.16 |
| 06/27/17 | 118 | Daniel Savage<br>14610 W. Cornell Place<br>Lakewood, Co 80228 | Final distribution to claim 10 representing a payment of 100.00 % per court order. | 5300-000 | | $7,450.07 | $1,749,611.09 |
| 06/27/17 | 119 | COLORADO DEPARTMENT OF REVENUE | Final distribution representing a payment of 100.00 % per court order. | 5300-002 | | $577.59 | $1,749,033.50 |
| 06/27/17 | 120 | COLORADO DEPARTMENT OF REVENUE | Final distribution representing a payment of 100.00 % per court order. | 5300-000 | | $577.59 | $1,748,455.91 |
| 06/27/17 | 121 | COLORADO STATE TREASURER<br>Div. of Employment & Training<br>639 E. 18th Avenue<br>Denver, CO 80203-1483 | Final distribution representing a payment of 100.00 % per court order. | 5800-002 | | $890.72 | $1,747,565.19 |
| 06/27/17 | 122 | COLORADO STATE TREASURER<br>Div. of Employment & Training<br>639 E. 18th Avenue<br>Denver, CO 80203-1483 | Final distribution representing a payment of 100.00 % per court order. | 5800-000 | | $890.72 | $1,746,674.47 |
| 06/27/17 | 123 | Tami A. Savage<br>11710 N. Avondale Loop<br>Hayden, ID 83835 | Final distribution to claim 2 representing a payment of 4.88 % per court order. | 7100-000 | | $13,885.57 | $1,732,788.90 |
| 06/27/17 | 124 | Marshall T. Savage<br>11710 N. Avondale Loop<br>Hayden, ID 83835 | Final distribution to claim 4 representing a payment of 4.88 % per court order. | 7100-000 | | $61,856.76 | $1,670,932.14 |
| 06/27/17 | 125 | John W. Savage, Jr.<br>P. O. Box 1926<br>Rifle, Co 81650 | Final distribution to claim 5 representing a payment of 4.88 % per court order. | 7100-000 | | $231,815.18 | $1,439,116.96 |
| 06/27/17 | 126 | John W. Savage, Jr.<br>P. O. Box 1926<br>Rifle, Co 81650 | Final distribution to claim 6 representing a payment of 4.88 % per court order. | 7100-000 | | $143,492.44 | $1,295,624.52 |
| 06/27/17 | 127 | Daniel W. Stroock<br>8728 Sugarloaf Rd.<br>Boulder, Co 80302 | Final distribution to claim 7 representing a payment of 4.88 % per court order. | 7100-000 | | $66,035.89 | $1,229,588.63 |
| 06/27/17 | 128 | Marshall Savage<br>11710 N. Avondale Loop<br>Hayden, ID 83835 | Final distribution to claim 8 representing a payment of 4.88 % per court order. | 7100-000 | | $261,239.71 | $968,348.92 |

Page Subtotals: $0.00 $796,162.31

UST Form 101-7-TDR (10/1/2010) (Page: 15)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 16-18730 | Trustee Name: TOM H. CONNOLLY, TRUSTEE |
| Case Name: Savage Resources, Llc | Bank Name: First National Bank - Vinita |
| | Account Number/CD#: XXXXXX2825 |
| | Checking |
| Taxpayer ID No: XX-XXX5078 | Blanket Bond (per case limit): $47,027,358.00 |
| For Period Ending: 09/22/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/27/17 | 129 | Savage Dynasty Trust f/b/o Daniel W. Savage 14610 W. Cornell Place Lakewood, Co 80228 | Final distribution to claim 9 representing a payment of 4.88 % per court order. | 7100-000 | | $61,042.11 | $907,306.81 |
| 06/27/17 | 130 | Daniel Savage 14610 W. Cornell Place Lakewood, Co 80228 | Final distribution to claim 10 representing a payment of 4.88 % per court order. | 7100-000 | | $280,397.80 | $626,909.01 |
| 06/27/17 | 131 | Joan L. Savage P. O. Box 1316 Rifle, Co 81650 | Final distribution to claim 11 representing a payment of 4.88 % per court order. | 7100-000 | | $849.91 | $626,059.10 |
| 06/27/17 | 132 | Roy E. Savage P. O. Box 1316 Rifle, Co 81650 | Final distribution to claim 12 representing a payment of 4.88 % per court order. | 7100-000 | | $63,150.71 | $562,908.39 |
| 06/27/17 | 133 | Roy E. Savage P. O. Box 1316 Rifle, Co 81650 | Final distribution to claim 13 representing a payment of 4.88 % per court order. | 7100-000 | | $331,603.53 | $231,304.86 |
| 06/27/17 | 134 | Red Rock Gathering Company, LLC Attn. Brock Degeyter, Esq. 5910 N. Central Expressway, Suite 350 Dallas, Tx 75206 | Final distribution to claim 16 representing a payment of 4.88 % per court order. | 7100-000 | | $220,351.80 | $10,953.06 |
| 08/07/17 | | Federal Electronic Tax Payment System | Employer's Annual Unemployment Tax | 5800-000 | | $149.70 | $10,803.36 |
| 08/10/17 | | Electronic Federal Payment System | Employer's Federal Tax | 5300-000 | | $10,803.36 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $2,860,761.64 | $2,860,761.64 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $2,860,761.64 | $2,860,761.64 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $2,860,761.64 | $2,860,761.64 |

Page Subtotals: $0.00   $968,348.92

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX2825 - Checking | $2,860,761.64 | $2,860,761.64 | $0.00 |
| | $2,860,761.64 | $2,860,761.64 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $732,829.83 |
| Total Net Deposits: | $2,860,761.64 |
| Total Gross Receipts: | $3,593,591.47 |

Page Subtotals: $0.00 $0.00